Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993


Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>                      Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>                      Defendant. | CASE NO.: 11-cv-5221 DMR<br><br>**PROOF OF SERVICE** |

JENNIFER LYNCH
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : ELECTRONIC FRONTIER FOUNDATION
Defendant : DEPARTMENT OF JUSTICE

Ref#: 299710        *   **PROOF OF SERVICE**   *   Case No.: CV 11 5221 DMR

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552; NOTICE OF CASE ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; LOCAL RULES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE REGARDING CAMERAS IN THE COURTROOM PILOT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served     : DEPARTMENT OF JUSTICE

    By serving       : Elsie Sato, Paralegal

    Address          : (Business)
                       450 Golden Gate Avenue
                       San Francisco, CA 94102

    Date of Service: October 26, 2011

    Time of Service: 2:34 PM

Person who served papers:
KINTO V. FANNIN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $120.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1146
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 27, 2011                    Signature _____