1  Jennifer Lynch (SBN 240701)
2  *jlynch@eff.org*
   ELECTRONIC FRONTIER FOUNDATION
3  454 Shotwell Street
   San Francisco, CA 94110
4  Telephone: (415) 436-9333
   Facsimile: (415) 436-9993
5

6
   Attorneys for Plaintiff
7  ELECTRONIC FRONTIER FOUNDATION

8
                    **UNITED STATES DISTRICT COURT**
9
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11
   ELECTRONIC FRONTIER FOUNDATION,   )   CASE NO.: 11-cv-5221 DMR
12                                    )
                          Plaintiff,  )   **PROOF OF SERVICE**
13                                    )
       v.                             )
14                                    )
   DEPARTMENT OF JUSTICE,             )
15                                    )
                          Defendant.  )
16                                    )
                                      )
17

## PROOF OF SERVICE

I, Stephanie Shattuck, do hereby affirm that I am over the age of 18 years and not a party to the within action. My business address is 454 Shotwell Street, San Francisco, California 94110.

On October 26, 2011, I served the following documents:

- Complaint for Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552
- Summons in a Civil Action
- Welcome to the Oakland Divisional Office of the United States District Court
- ECF Registration Information Handout
- Notice Regarding Cameras in the Courtroom Pilot
- Consent/Declination to Proceed Before US Magistrate Judge
- Notice of Assignment to a US Magistrate Judge for Trial
- Judge Ryu's Standing Orders
- Standing Order for All Judges of the Northern District of California
- Order Setting Initial Case Management Conference and ADR Deadlines

on the person(s) below as follows:

X   By United States Registered Mail- I enclosed the documents in a sealed envelope addressed to:

DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident of the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on October 26, 2011.

_Stephanie Shattuck_
Stephanie Shattuck

1

PROOF OF SERVICE                              CASE NO.: 11-cv-5221 DMR