Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　　　　Defendant. | CASE NO.: 11-cv-5221 DMR<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Stephanie Shattuck, do hereby affirm that I am over the age of 18 years and not a party to the within action. My business address is 454 Shotwell Street, San Francisco, California 94110.

On October 26, 2011, I served the following documents:

- Complaint for Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552
- Summons in a Civil Action
- Welcome to the Oakland Divisional Office of the United States District Court
- ECF Registration Information Handout
- Notice Regarding Cameras in the Courtroom Pilot
- Consent/Declination to Proceed Before US Magistrate Judge
- Notice of Assignment to a US Magistrate Judge for Trial
- Judge Ryu's Standing Orders
- Standing Order for All Judges of the Northern District of California
- Order Setting Initial Case Management Conference and ADR Deadlines

on the person(s) below as follows:

X   By United States Registered Mail- I enclosed the documents in a sealed envelope addressed to:

ATTORNEY GENERAL OF THE UNITED STATES
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001

and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident of the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on October 26, 2011.

*/s/ Stephanie Shattuck*
Stephanie Shattuck

1

PROOF OF SERVICE                                          CASE NO.: 11-cv-5221 DMR