```
TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

 P.O. Box 883
 Washington, D.C.  20044
 Telephone:  (202) 305-0167
 Facsimile:  (202) 616-8470
 Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | No. C 11-5221<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Elizabeth J. Shapiro and Steven Y. Bressler, attorneys, U.S. Department of Justice, Civil Division, Federal Programs Branch, will be appearing in this action on behalf of defendant, the United States Department of Justice.

//

//

//

//

//

*Case No. C 11 5221*
*Notice of Appearance*

| | |
|---|---|
| Dated: November 3, 2011 | Respectfully submitted,<br><br>TONY WEST<br>Assistant Attorney General<br><br>MELINDA HAAG<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch<br><br> */s/ Steven Y. Bressler*<br>STEVEN Y. BRESSLER D.C. Bar #482492<br>Senior Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044<br>Telephone:     (202) 305-0167<br>Facsimile:       (202) 616-8470<br>Steven.Bressler@usdoj.gov<br><br>*Counsel for the U.S. Department of Justice* |