TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0167
Facsimile: (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>          Defendant. | No. C 11-5221 SBA<br><br>**STIPULATION SETTING ANSWER DATE** |

Plaintiff ELECTRONIC FRONTIER FOUNDATION and defendant THE UNITED STATES DEPARTMENT OF JUSTICE hereby stipulate pursuant to Civil Local Rule 6-1(a) that defendant's answer or other response to the Complaint is due on December 5, 2011.

//
//
//
//
//

*Case No. C 11 5221*
*Stipulation Setting Answer Date*

| | | |
|---|---|---|
|1| Dated: November 22, 2011 | Respectfully submitted, |
|2| | TONY WEST<br>Assistant Attorney General |
|3| | |
|4| | MELINDA HAAG<br>United States Attorney |
|5| | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch |
|6| | |
|7| |   */s/ Steven Y. Bressler*<br>STEVEN Y. BRESSLER D.C. Bar #482492<br>Senior Counsel |
|8| | U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
|9| | P.O. Box 883<br>Washington, D.C. 20044 |
|10| | Telephone:   (202) 305-0167<br>Facsimile:   (202) 616-8470 |
|11| | Steven.Bressler@usdoj.gov |
|12| | *Counsel for Defendant* |
|13| | ELECTRONIC FRONTIER FOUNDATION |
|14| | By  */s/ Jennifer Lynch* (with permission) |
|15| | JENNIFER LYNCH<br>Electronic Frontier Foundation |
|16| | 454 Shotwell Street<br>San Francisco, CA 94110 |
|17| | Telephone: 415-436-9333<br>Facsimile: 415-436-9993 |
|18| | |
|19| | *Counsel for Plaintiff* |

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Steven Y. Bressler, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above. I declare under penalty of perjury that the foregoing declaration is true and correct. Executed this 22d day of November, 2011, at Washington, D.C.

    */s/ Steven Y. Bressler*
STEVEN Y. BRESSLER