Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
Mark Rumold (SBN 279060)
*mark@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　　Defendant. | Case No.: 4:11-cv-05221-SBA<br><br>**NOTICE OF ENTRY OF APPEARANCE OF MARK RUMOLD FOR PLAINTIFF**<br><br>Courtroom 1, 4th Floor<br>Hon. Saundra Brown Armstrong |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Mark Rumold of the Electronic Frontier Foundation, 454 Shotwell Street, San Francisco, CA 94110, hereby enters his appearance in the above-captioned matter as counsel on behalf of Plaintiff.

DATED: January 6, 2012

　　　　　　　　　　　　　　　　By: */s/ Mark Rumold*
　　　　　　　　　　　　　　　　Mark Rumold
　　　　　　　　　　　　　　　　ELECTRONIC FRONTIER FOUNDATION
　　　　　　　　　　　　　　　　454 Shotwell Street
　　　　　　　　　　　　　　　　San Francisco, CA  94110
　　　　　　　　　　　　　　　　Telephone: (415) 436-9333
　　　　　　　　　　　　　　　　Facsimile: (415) 436-9993

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　ELECTRONIC FRONTIER FOUNDATION

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on January 6, 2012, in San Francisco, California.

*/s/ Mark Rumold*
Mark Rumold