UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. 4:11-cv-05221-YGR

Electronic Frontier Foundation,

    Plaintiff,

    v.   NOTICE OF NEED FOR ADR PHONE CONFERENCE

Department of Justice,

    Defendant.

_____/

Counsel report that they have met and conferred regarding ADR and that they:

X    not yet reached an agreement to an ADR process

☐    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  February 8, 2012 at 3:00 pm

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Mark Rumold | Electronic Frontier Foundation | (415)436-9333 x 137 | mark@eff.org |
| Steven Bressler | Department of Justice | (202) 305-0167 | Steven.Bressler@usdoj.gov |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: 1/18/2011    /s/ Mark Rumold
    Attorney for Plaintiff

Dated: 1/18/2011    /s/ Steven Bressler (by permission)
    Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."