Jennifer Lynch (SBN 240701)
jlynch@eff.org
Mark Rumold (SBN 279060)
mark@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER (D.C. Bar No. 482492)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0167
Facsimile: (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for Defendant
DEPARTMENT OF JUSTICE

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　　　　　Defendant. | Case No. 4:11-cv-05221-YGR<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Hon. Yvonne Gonzalez Rogers<br>Oakland Courthouse |

Pursuant to this Court's Reassignment Order on January 18, 2012 (Dkt. No. 16), the parties submit this Joint Case Management Conference Statement. The parties conferred on January 26, 2012 regarding the subjects identified in the Reassignment Order and their joint response is set forth below:

### 1. Filing Date

The case was filed on October 26, 2011.

### 2. Parties

Plaintiff is the Electronic Frontier Foundation. Defendant is the Department of Justice and, specifically, its components the Office of Information Policy ("OIP"), National Security Division ("NSD"), Office of Legal Counsel ("OLC"), and Federal Bureau of Investigation ("FBI").

### 3. Current Deadlines

There are no current deadlines.

### 4. Pending Motions

There are no pending motions.

### 5. Description of Events Underlying Action

In letters dated June 2, 2011 and sent by email to the OLC, OIP, NSD, and FBI, Plaintiff requested under the FOIA all agency records (including, but not limited to, electronic records) created from January 1, 2004 to the present discussing, concerning, or reflecting the DOJ or any of its component's interpretation or use of Section 215.

As of the date of the filing of this lawsuit, one component, NSD, had produced some records responsive to Plaintiff's FOIA request while withholding others as exempt from release under the FOIA. OLC has now also completed processing Plaintiff's FOIA request and withheld two responsive records in full as exempt under the FOIA. OIP and FBI are continuing to search for and process responsive records.

### 6. Summary of Claims

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for injunctive and other appropriate relief. Plaintiff seeks the expedited processing and release of

records that Plaintiff requested from the Defendant Department of Justice and its components OIP, NSD, OLC, and FBI, concerning the agency's use of Section 215 of the USA PATRIOT Act ("Section 215"). Plaintiff asserts that requested records concern a matter about which there is an "urgency to inform the public about an actual or alleged [f]ederal [g]overnment activity," and the requests were "made by a person primarily engaged in disseminating information." 5 U.S.C. § 552(a)(6)(E)(i)(I), (v)(II); 28 C.F.R. § 16.5(d)(1)(ii).

There are no counterclaims, crossclaims, or third party claims.

### 7. Relief Sought

EFF seeks injunctive relief with respect to the expedited processing, release, and disclosure of all records responsive to its FOIA request. EFF also seeks reasonable attorney's fees incurred in this litigation and any other relief the Court deems necessary.

### 8. Status of Discovery

The parties do not believe that discovery is needed in this case.

### 9. Procedural History

Plaintiff filed its complaint on October 26, 2011 (Dkt. No. 1.) On November 3, 2011, Plaintiff filed its First Amended Complaint. (Dkt. No. 9.) On December 5, 2011, Defendant answered. (Dkt. No. 14.)

After Defendant declined to proceed before a magistrate (Dkt. No. 8), this case was assigned to the Hon. Saundra Brown Armstrong. (Dkt. No. 11.) On January 18, 2012, this case was re-assigned to this Court. (Dkt. No. 16.)

An ADR phone conference is scheduled for February 6, 2012 at 11:30 AM. A Case Management Conference was scheduled for February 8, 2012 at 3:00 PM, but that Conference was vacated by this Court's Order on January 18, 2012. (Dkt. No. 16.)

### 10. Immediate Need for a Case Management Conference

At this time, the parties do not believe there is an immediate need for a case management conference. The parties are currently attempting to negotiate a schedule for production of responsive records in this case. However, the need for an immediate case management conference

could change if the parties are unable to agree to a production schedule.

DATED: January 27, 2012						Respectfully submitted,

										By:  /s/ Mark Rumold
										Mark Rumold
										Jennifer Lynch
										ELECTRONIC FRONTIER FOUNDATION
										454 Shotwell Street
										San Francisco, CA  94110

										Attorneys for Plaintiff
										ELECTRONIC FRONTIER FOUNDATION

DATED: January 27, 2012						By: /s/ Steven Bressler (by permission)
										STEVEN Y. BRESSLER
										Senior Counsel
										U.S. Department of Justice
										Civil Division, Federal Programs Branch
										P.O. Box 883

										Attorneys for Defendant
										DEPARTMENT OF JUSTICE

## GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained the concurrence of Steven Y. Bressler, counsel for Defendant, in the filing of this document.

/s/ Mark Rumold
MARK RUMOLD

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2012, I caused a copy of the foregoing to be served on counsel for Defendant via the Court's ECF system.

/s/ Mark Rumold
MARK RUMOLD