1   TONY WEST
    Assistant Attorney General
2   MELINDA HAAG
    United States Attorney
3   ELIZABETH J. SHAPIRO
    Deputy Branch Director
4   STEVEN Y. BRESSLER D.C. Bar No. 482492
    Senior Counsel
5   United States Department of Justice
    Civil Division, Federal Programs Branch
6
    P.O. Box 883
7   Washington, D.C.  20044
    Telephone:  (202) 305-0167
8   Facsimile:  (202) 616-8470
    Email: Steven.Bressler@usdoj.gov
9
    Attorneys for the United States Department of Justice
10

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13
    ELECTRONIC FRONTIER            )    No. C 11-5221 YGR
14  FOUNDATION,                    )
                                   )
15              Plaintiff,         )    **STIPULATED REQUEST TO**
                                   )    **POSTPONE INITIAL CASE**
16      v.                         )    **MANAGEMENT CONFERENCE**
                                   )
17  UNITED STATES DEPARTMENT OF    )
    JUSTICE,                       )
18                                 )
                Defendant.         )
19                                 )
    _____ )
20

21      Plaintiff ELECTRONIC FRONTIER FOUNDATION and defendant THE UNITED

22  STATES DEPARTMENT OF JUSTICE hereby request by stipulation that this Court postpone

23  the Initial Case Management Conference currently set for Monday, March 12, 2012.  Good cause

24  exists for this Stipulated Request as follows:

25      1.      The first relief sought by plaintiff in this Freedom of Information Act ("FOIA")

26  case is the processing of plaintiff's relevant FOIA request.  On February 16, 2012, this Court

27  granted the parties' stipulation to set a schedule for defendant's processing and production of

28  documents that, by the parties' stipulation, remain at issue in this action.  *See* Docket Entry No.

*Case No. C 11 5221 YGR*
*Stipulated Request to Postpone Initial CMC*

1  22.

2       2.      The stipulated production schedule runs through July 1, 2012, and also provides

3  that within 30 days after the completion of processing, the parties will file a status report to

4  advise the Court describing the status of this case at that time.  In their status report, the parties

5  will advise the Court whether there remains any dispute between the parties in this action,

6  whether as to document processing and production, the application of FOIA exemptions, or

7  otherwise.

8       3.      The progress of this civil action over the next five months is now governed by the

9  stipulated processing schedule entered by the Court.

10      4.      Because the parties are currently in agreement and the Court has now instructed

11  them how to proceed, postponement of the Case Management Conference now scheduled for

12  March 12 until after the parties file their status report pursuant to the stipulated processing

13  schedule would serve judicial economy while conserving the parties' resources.

14      WHEREFORE, the parties hereby request, by stipulation, that the Case Management

15  Conference set for March 12, 2012, be VACATED and postponed until a time after the parties

16  file their status report as required by the Stipulated Processing Schedule (Docket Entry No. 22),

17  if there remains a dispute in this action at that time.

18   Dated: February 22, 2012                    Respectfully submitted,

19                                               TONY WEST
                                                 Assistant Attorney General
20
                                                 MELINDA HAAG
21                                               United States Attorney

22                                               ELIZABETH J. SHAPIRO
                                                 Deputy Director, Federal Programs Branch
23
                                                   /s/ Steven Y. Bressler
24                                               STEVEN Y. BRESSLER D.C. Bar #482492
                                                 Senior Counsel
25                                               U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
26                                               P.O. Box 883
                                                 Washington, D.C. 20044
27                                               Telephone:    (202) 305-0167
                                                 Facsimile:    (202) 616-8470
28                                               Steven.Bressler@usdoj.gov

*Case No. C 11  5221 YGR*
*Stipulated Request to Postpone Initial CMC*                                             2

1                                    *Counsel for Defendant*

2                                    ELECTRONIC FRONTIER FOUNDATION

3                                    By  */s/ Mark Rumold* (with permission)

4                                    JENNIFER LYNCH  
MARK RUMOLD  
Electronic Frontier Foundation  
454 Shotwell Street  
San Francisco, CA 94110  
Telephone: 415-436-9333  
Facsimile: 415-436-9993

*Counsel for Plaintiff*

9 PURSUANT TO STIPULATION, IT IS SO ORDERED.

11 _____  
12 Hon. Yvonne Gonzalez Rogers  
United States District Judge

### DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Steven Y. Bressler, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above. I declare under penalty of perjury that the foregoing declaration is true and correct. Executed this 22d day of February, 2012, at Washington, D.C.

                            */s/ Steven Y. Bressler*  
                            STEVEN Y. BRESSLER