# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>   Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Case No.: 4:11-cv-05221-YGR<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation of the parties filed February 22, 2012, as well as the stipulation previously filed and approved in this matter by order issued February 16, 2012, and good cause appearing, the Court RESETS the case management conference currently set in this matter for March 12, 2012, to 2:00 p.m. on August 20, 2012.

The parties shall file a case management statement consistent with this Court's Standing Orders in Civil Cases in advance of the continued case management date.

IT IS SO ORDERED.  This Order terminates Docket No. 23.

February 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**