1  STUART DELERY
   Acting Assistant Attorney General
2  MELINDA HAAG
   United States Attorney
3  ELIZABETH J. SHAPIRO
   Deputy Branch Director
4  STEVEN Y. BRESSLER D.C. Bar No. 482492
   Senior Counsel
5  United States Department of Justice
   Civil Division, Federal Programs Branch
6
   P.O. Box 883
7  Washington, D.C.  20044
   Telephone:  (202) 305-0167
8  Facsimile:  (202) 616-8470
   Email: Steven.Bressler@usdoj.gov
9
   Attorneys for the United States Department of Justice
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  ELECTRONIC FRONTIER           )    No. C 11-5221 YGR
    FOUNDATION,                   )
15                                )    **STIPULATED REQUEST TO MODIFY**
              Plaintiff,          )    **PRODUCTION SCHEDULE**
16                                )
       v.                         )
17                                )
    UNITED STATES DEPARTMENT OF   )
18  JUSTICE,                      )
                                  )
19            Defendant.          )
                                  )
20  _____ )

21        Plaintiff Electronic Frontier Foundation and Defendant Department of Justice and its

22  components Office of Information Policy, Office of Legal Counsel, National Security Division, and

23  Federal Bureau of Investigation ("FBI") request, by stipulation, that the Court modify the

24  previously-entered stipulated schedule (Docket Entry No. 22) pursuant to the parties' agreement and

25  concerning Plaintiff's requests made pursuant to the Freedom of Information Act ("FOIA"), dated

26  June 2, 2011 (the "FOIA Requests"), as it pertains to documents from the files of the FBI as follows:

27        1.        On or before March 15, 2012, defendant will produce to plaintiffs those

28

*Case No. C 11-5221 YGR*
*Stipulated Request to Modify Production Schedule*

documents from FBI files that defendant has completed processing as of that date, that is, approximately 273 pages of documents that fall into the following categories and were created from March 9, 2006 to the date Defendant began its search for responsive records, or notify Plaintiff of the complete or partial withholding of responsive records that fall into the following categories and created from March 9, 2006 to the date Defendant began its search for responsive records, if any, pursuant to any applicable FOIA exemptions:

a.    Legal opinions or memoranda concerning or interpreting Section 215 of the USA PATRIOT Act ("Section 215");

b.    Guidelines for government personnel regarding the use of Section 215;

c.    Reports provided to Congress by the Federal Bureau of Investigation or Department of Justice concerning or memorializing the Executive Branch's interpretation or use of Section 215.

d.    Reports, opinions, or memoranda of the Foreign Intelligence Surveillance Court ("FISC") concerning or interpreting Section 215; and

e.    Legal opinions or memoranda concerning or interpreting rulings, opinions, or memoranda of the FISC interpreting Section 215.

2.    On or before May 15, 2012, Defendant will process the balance of those responsive records listed in Paragraph 1 and created from March 9, 2006 to the date Defendant began its search for responsive records. Defendant will, at that time, produce the responsive records to Plaintiff or notify Plaintiff of the complete or partial withholding of responsive records.

Good cause exists for this Stipulated Request as follows:

A.    The parties previously requested, by stipulation, that the Court set a schedule for Defendant's processing and production of records responsive to the FOIA Requests. The parties made their Stipulated Request based upon the information available to them at that time.

B.     The stipulated schedule provides that Defendant complete processing and production of the records described in paragraph 1, above, on or before March 15.  Due to factors including the FBI's large volume of FOIA processing work in this and other matters, however, as well as a significant number of documents responsive to the FOIA Requests that are classified above the SECRET level and, therefore, cannot be processed via computer but take additional time to process, the FBI requires more time to complete that processing and release.

C.     In particular, while by March 15 the FBI will have processed 1,384 pages of the documents described in paragraph 1, and anticipates releasing approximately 273 pages from those 1,384 pages while notifying Plaintiff of withholdings under the FOIA of the balance, the FBI requires additional time to process a further approximately 1,038 pages of records described in paragraph 1.

D.     Plaintiff joins Defendant in this Stipulated Request.

E.     Granting this Stipulated Request will not affect any other dates or deadlines previously ordered in this action, and nothing in this stipulation alters the stipulated production schedule as it pertains to components of Defendant other than the FBI.

//
//
//
//
//
//
//
//

Dated: March 12, 2012                    Respectfully submitted,

                                         STUART DELERY
                                         Acting Assistant Attorney General

                                         MELINDA HAAG
                                         United States Attorney

                                         ELIZABETH J. SHAPIRO
                                         Deputy Director, Federal Programs Branch

                                             */s/ Steven Y. Bressler*
                                         STEVEN Y. BRESSLER D.C. Bar #482492
                                         Senior Counsel
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         P.O. Box 883
                                         Washington, D.C. 20044
                                         Telephone:     (202) 305-0167
                                         Facsimile:     (202) 616-8470
                                         Steven.Bressler@usdoj.gov

                                         *Counsel for Defendant*
                                         ELECTRONIC FRONTIER FOUNDATION

                                         By  */s/ Mark Rumold* (with permission)
                                         JENNIFER LYNCH
                                         MARK RUMOLD
                                         Electronic Frontier Foundation
                                         454 Shotwell Street
                                         San Francisco, CA 94110
                                         Telephone: 415-436-9333
                                         Facsimile: 415-436-9993

                                         *Counsel for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

1

2

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

3          I, Steven Y. Bressler, hereby declare pursuant to General Order 45, § X.B, that I have

4 obtained the concurrence in the filing of this document from the other signatory listed above.

5 I declare under penalty of perjury that the foregoing declaration is true and correct.

6

7 Executed this 12th day of March, 2012, at Washington, D.C.

8                                         _/s/ Steven Y. Bressler_____

9                                         STEVEN Y. BRESSLER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28