Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
Mark Rumold (SBN 279060)
*mark@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 4:11-cv-05221-YGR <br><br> **JOINT STATUS REPORT** <br><br> Hon. Yvonne Gonzalez Rogers <br> Oakland Courthouse |

Pursuant to this Court's Order of February 16, 2012 (Dkt. No. 22), Plaintiff Electronic Frontier Foundation and Defendant Department of Justice submit this joint status report.

Defendant and its components Office of Information Policy, Office of Legal Counsel, National Security Division, and Federal Bureau of Investigation completed the processing and release of records responsive to Plaintiff's Freedom of Information Act ("FOIA") request on July 2, 2012. Defendant has released some responsive records in full, some in part, and has withheld some responsive records in their entirety.

The parties are currently discussing ways to narrow the scope of records that remain at issue in this litigation, including Defendant's provision of draft *Vaughn* indices to Plaintiff. The parties are also discussing the timing and scope of subsequent summary judgment briefing. The parties expect to reach an agreement on summary judgment briefing within the next two weeks.

Further, by this Court's Order dated February 23, 2012 (ECF No. 24), a Case Management Conference was scheduled for August 20, 2012. Due to a scheduling conflict, Defendant anticipates filing this week a stipulated request to postpone the Case Management Conference.

Dated:  August 1, 2012                     Respectfully submitted,

                                                                        /s/  Mark Rumold
                                           MARK RUMOLD
                                           ELECTRONIC FRONTIER FOUNDATION
                                           454 Shotwell Street
                                           San Francisco, CA  94110
                                           Telephone: (415) 436-9333
                                           mark@eff.org

                                           Attorneys for Plaintiff
                                           ELECTRONIC FRONTIER FOUNDATION

Dated:  August 1, 2012

                                                    /s/ Steven Bressler (by permission)
                                           STEVEN Y. BRESSLER
                                           Senior Counsel
                                           U.S. DEPARTMENT OF JUSTICE
                                           Civil Division, Federal Programs Branch
                                           P.O. Box 883
                                           Washington, D.C. 20044
                                           Telephone: (202) 305-0167

Facsimile: (202) 616-8470
Steven.Bressler@usdoj.gov

Attorneys for Defendant
DEPARTMENT OF JUSTICE

\* \* \* \* \*

## CIVIL L.R. 5.1 CERTIFICATION

I attest that I have obtained the concurrence of Steven Y. Bressler, counsel for Defendant, in the filing of this document.

/s/ Mark Rumold
MARK RUMOLD

\* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, I caused a copy of the foregoing to be served on counsel for Defendant via the Court's ECF system.

Dated:  August 1, 2012                                              /s/ Mark Rumold
                                                                                       MARK RUMOLD