TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0167
Facsimile: (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | No. C 11-5221 YGR <br><br> **STIPULATED REQUEST TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff ELECTRONIC FRONTIER FOUNDATION and defendant THE UNITED STATES DEPARTMENT OF JUSTICE hereby request by stipulation that this Court postpone the Initial Case Management Conference currently set for Monday, August 20, 2012. Good cause exists for this Stipulated Request as follows:

1. The first relief sought by plaintiff in this Freedom of Information Act ("FOIA") case is the processing of plaintiff's FOIA request. On February 16, 2012, this Court granted the parties' stipulation to set a schedule for defendant's processing and production of documents that, by the parties' stipulation, remain at issue in this action. *See* Docket Entry No. 22.

2.    On July 2, 2012, Defendant completed processing of plaintiff's FOIA request pursuant to this Court's Stipulated Order.  As the parties noted in their Status Report filed on August 1, 2012, the parties are discussing ways to narrow the issues that remain subject to litigation in this action.  The parties believe that remaining issues will be resolved by cross-motions for summary judgment, and on or before August 15, 2012, the parties anticipate filing a stipulated request to set a summary judgment briefing schedule.

3.    Postponement of the Case Management Conference now scheduled for August 20 until after the parties brief cross-motions for summary judgment would serve judicial economy while conserving the parties' resources.

4.    In addition, undersigned counsel for defendant has a personal obligation in the Washington, D.C. area on August 20th that conflicts with his attendance at the currently-scheduled Case Management Conference before this Court.  The parties therefore respectfully request by stipulation that the Case Management Conference be postponed for this reason, as well.

WHEREFORE, the parties hereby request, by stipulation, that the Case Management Conference set for August 20, 2012, be VACATED and postponed until a time after the parties have briefed cross-motions for summary judgment.[1]

//
//
//
//
//
//
//
//

---

[1] In the alternative, should the Court wish to schedule an earlier Case Management Conference, the parties respectfully request that the conference currently scheduled for August 20, 2012, be rescheduled for a date at the Court's convenience on or after September 17, 2012.

*Case No. C 11-5221 YGR*
*Stipulated Request to Postpone Initial CMC*    2

1 | Dated: August 2, 2012          Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

  /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:   (202) 305-0167
Facsimile:    (202) 616-8470
Steven.Bressler@usdoj.gov

*Counsel for Defendant*

ELECTRONIC FRONTIER FOUNDATION

By  */s/ Mark Rumold* (by permission)
JENNIFER LYNCH
MARK RUMOLD
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415-436-9333
Facsimile: 415-436-9993

*Counsel for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

*Case No. C 11-5221 YGR*
*Stipulated Request to Postpone Initial CMC*      3

1
2  **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**
3      I, Steven Y. Bressler, hereby declare pursuant to General Order 45, § X.B, that I have
4  obtained the concurrence in the filing of this document from the other signatory listed above.
5  I declare under penalty of perjury that the foregoing declaration is true and correct.
6  Executed this 2d day of August, 2012, at Washington, D.C.
7
8                                              */s/ Steven Y. Bressler*
                                              STEVEN Y. BRESSLER
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28