Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
Mark Rumold (SBN 279060)
*mark@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>                 Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>                 Defendant. | Case No. 4:11-cv-05221-YGR<br><br>**DEFENDANT ELECTRIC FRONTIER FOUNDATION'S CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Hon. Yvonne Gonzalez Rogers<br>Oakland Courthouse |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 6, 2012

>By: /s/ Mark Rumold
>Mark Rumold
>mark@eff.org
>Jennifer Lynch
>ELECTRONIC FRONTIER FOUNDATION
>454 Shotwell Street
>San Francisco, CA  94110
>Tel: (415) 436-9333
>Fax: (415) 439-9993
>
>Attorney for Plaintiff
>ELECTRONIC FRONTIER FOUNDATION