# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No.: 11-cv-5221-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE DATE FOR SUMMARY JUDGMENT PRE-FILING LETTER** |

The Court is in receipt of the parties' stipulated request to postpone the initial case management conference in this matter. (Dkt No. 28.) The request is **GRANTED**. The case management conference currently set for August 20, 2012 is **VACATED**.

The parties have indicated that they wish to file motions for summary judgment in this case. The parties are directed to file comply with the Court's Standing Order in Civil Cases, paragraph 9(a) and submit a letter requesting a pre-filing conference. The parties pre-filing letters should address the merits of the motion as well as a proposed briefing and hearing schedule.

The Court sets a compliance date of **Friday, August 31, 2012, at 9:01 a.m.** Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) their summary judgment pre-filing request letters; or (b) a one-page **JOINT STATEMENT** setting forth an explanation why they have not done so. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar. Otherwise, telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

IT IS SO ORDERED.

Date: August 7, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**