# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　Defendant. | Case No.: 4:11-cv-05221-YGR<br><br>**ORDER RE: MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

The Court is in receipt of the parties' requests for a pre-filing conference regarding their respective, anticipated motions for summary judgment and partial summary judgment. The parties are given leave to file their motions without the need for a conference.

The compliance hearing set for Friday, August 31, 2012 is **VACATED**.

IT IS SO ORDERED.

Date: August 29, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**