Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
Mark Rumold (SBN 279060)
*mark@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993


Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 4:11-cv-05221-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING DATE** <br><br> Hon. Yvonne Gonzalez Rogers <br> Oakland Courthouse |

By order dated August 29, 2012 (Dkt. # 34), this Court granted leave for the parties to file cross motions for partial summary judgment.

Accordingly, the parties hereby respectfully request by stipulation that the Court set the following briefing schedule for the parties' motions:

1. Defendant's Motion for Summary Judgment shall be filed by November 9, 2012.

2. Plaintiff's Cross Motion and Opposition shall be filed by December 7, 2012.

3. Defendant's Opposition and Reply shall be filed by December 27, 2012.

4. Plaintiff's Reply shall be filed by January 11, 2013.

Consistent with the Court's schedule and standing orders, the parties' intend to notice their motion for hearing on February 12, 2013 at 2:00 pm.

DATED: October 23, 2012            Respectfully submitted,

       /s/ Mark Rumold
MARK RUMOLD
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110

Attorney for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

DATED:  October 23, 2012

     /s/  Steven Y. Bressler
STEVEN Y. BRESSLER
Senior Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0167
Facsimile: (202) 616-8470
Steven.Bressler@usdoj.gov

Attorney for Defendant
DEPARTMENT OF JUSTICE

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: _____

                                                   Hon. Yvonne Gonzalez Rogers
                                                   United States District Judge

\*   \*   \*   \*   \*

## CIVIL L.R. 5.1 CERTIFICATION

I attest that I have obtained the concurrence of Steven Y. Bressler, counsel for Defendant, in the filing of this document.

                    /s/ Mark Rumold
                    MARK RUMOLD

\*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2012, I caused a copy of the foregoing to be served on counsel for Defendant via the Court's ECF system.

                    /s/ Mark Rumold
                    MARK RUMOLD