STUART F. DELERY
Acting Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

  P.O. Box 883
  Washington, D.C.  20044
  Telephone:  (202) 305-0167
  Facsimile:  (202) 616-8470
  Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:11-cv-05221-YGR |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT BY ONE WEEK DUE TO THE EFFECTS OF HURRICANE SANDY** |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

By order dated August 29, 2012 (Dkt. # 34), this Court granted leave for the parties to file cross motions for partial summary judgment. By stipulated Order dated October 24, 2012 (Dkt. #36), the Court entered the parties' proposed summary judgment briefing schedule. The first deadline in that schedule is for defendant to file its Motion for Summary judgment by November 9, 2012.

The parties respectfully request by stipulation that defendant's deadline to file its Motion for Summary Judgment be extended by four additional business days, or one calendar week, until November 16, 2012. Good cause exists for the granting of this Stipulated Request as follows:

1. Undersigned counsel for defendant and other staff of defendant responsible for preparing its Motion for Summary Judgment and supporting materials work in and around Washington, D.C.

2. On October 29 and 30, 2012, federal government offices in the Washington, D.C. area were generally closed due to the effects of a large tropical storm that passed through the area. *See generally* http://www.opm.gov/status/archive.aspx.

3. Defendant has identified an additional document responsive to plaintiff's Freedom of Information Act request which, following discussions between counsel for the parties held this date, defendant intends to address in its planned Motion for Summary Judgment.

Accordingly, to make up for time unexpectedly lost due to Hurricane Sandy and to allow defendant additional time to address the document referenced in paragraph 3, the parties respectfully request by stipulation that the Court extend defendant's deadline to file its Motion for Summary Judgment by four additional business days, or one calendar week, to November 16, 2012. The parties do not request any additional modifications to the schedule at this time, so the granting of this request will not affect any other currently pending deadlines in this matter. However, defendant notes it will not object to a subsequent request by plaintiff to extend plaintiff's deadline to file its cross-motion for summary judgment and opposition to defendant's motion by up to one week.

-1-
STIPULATION AND [PROPOSED] ORDER TO SET SUMMARY
JUDGMENT BRIEFING SCHEDULE AND HEARING DATE
CASE NO. 4:11-CV-05221-YGR

DATED: November 2, 2012        Respectfully submitted,

                                        */s/ Mark Rumold*
                                        MARK RUMOLD
                                        ELECTRONIC FRONTIER FOUNDATION
                                        454 Shotwell Street
                                        San Francisco, CA  94110

                                        Attorney for Plaintiff
                                        ELECTRONIC FRONTIER FOUNDATION

DATED: November 2, 2012

                                        */s/ Steven Y. Bressler*
                                        STEVEN Y. BRESSLER
                                        Senior Counsel
                                        U.S. DEPARTMENT OF JUSTICE
                                        Civil Division, Federal Programs Branch
                                        P.O. Box 883
                                        Washington, D.C. 20044
                                        Telephone: (202) 305-0167
                                        Facsimile: (202) 616-8470
                                        Steven.Bressler@usdoj.gov

                                        Attorney for Defendant
                                        DEPARTMENT OF JUSTICE

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

                              \*     \*     \*     \*     \*

### **CIVIL L.R. 5.1 CERTIFICATION**

I attest that I have obtained the concurrence of Mark Rumold, counsel for plaintiff, in the filing of this document.

                              /s/ Steven Y. Bressler
                              STEVEN Y. BRESSLER

                              \*     \*     \*     \*     \*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2012, I caused a copy of the foregoing to be served on counsel for plaintiff via the Court's ECF system.

/s/ Steven Y. Bressler
STEVEN Y. BRESSLER

\*   \*   \*   \*   \*
