UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No.: 11-cv-5221-YGR<br><br>**ORDER GRANTING STIPULATION RE: SUMMARY JUDGMENT BRIEFING AND HEARING SCHEDULE, <u>AS MODIFIED BY THE COURT</u>** |

The Court is in receipt of the parties' stipulated request to extend Defendant's time to file its Motion for Summary Judgment. (Dkt No. 37.) The request is **GRANTED**. The Court further **ORDERS** that the briefing and hearing schedule is modified as follows:

  1. Defendant's Motion for Summary Judgment shall be filed by **November 16, 2012**.

  2. Plaintiff's Cross Motion and Opposition shall be filed by **December 14, 2012.**

  3. Defendant's Opposition and Reply shall be filed by **January 4, 2013**.

  4. Plaintiff's Reply shall be filed by **January 18, 2013**.

Hearing on the motions shall be set for **February 19, 2013**, at 2:00 pm.

**IT IS SO ORDERED**.

Date: November 5, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**