UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> JUSTICE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 4:11-cv-05221-YGR <br><br> **[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Upon consideration of defendant's Motion for Summary Judgment, plaintiff's opposition, and the entire record herein, it is hereby **ORDERED** that defendant's Motion for Summary Judgment is **GRANTED**. It is further **ORDERED** that the Prayer for Relief in plaintiff's Amended Complaint is **DENIED**. The Clerk is directed to enter judgment for defendant, the United States Department of Justice, on a separate document pursuant to Federal Rule of Civil Procedure 58.

                                                                                     _____
                                                                                     Hon. Yvonne Gonzalez Rogers
                                                                                     United States District Judge

Case No. 4:11-cv-05221-YGR
[Proposed] Order Granting Defendant's Motion for Summary Judgment