Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
Mark Rumold (SBN 279060)
*mark@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>       Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Case No. 4:11-cv-05221-YGR<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 19, 2013<br>Time: 2:00 p.m.<br>Oakland Courthouse<br>Hon. Yvonne Gonzalez Rogers |

This matter came for hearing before the Court on Defendants' Motion for Summary Judgment and Plaintiff's Cross Motion for Summary Judgment. Having given full consideration to all the parties' papers and evidence, the relevant authorities, and the oral presentations of counsel, and good cause appearing, in accordance with Fed. R. Civ. P. 56, it is **HEREBY ORDERED**:

1. Defendants' motion for summary judgment is denied; and it is

2. **FURTHER ORDERED** that Plaintiff's cross motion for summary judgment is granted; and it is

3. **FURTHER ORDERED** that Defendants shall release to Plaintiff all remaining non-exempt portions of the requested agency records within 10 days of the entry of this order; and it is

4. **FURTHER ORDERED** that Defendant shall grant a waiver of all fees for the production of records responsive to Plaintiff's request; and it is

5. **FURTHER ORDERED** that Defendants shall file with the Court and serve upon Plaintiff's counsel within 10 days of the entry of this order an affidavit or declaration attesting to and detailing Defendant's compliance with it.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                                 HON. YVONNE GONZALEZ ROGERS
                                                 DISTRICT COURT JUDGE