Mark Rumold (SBN 279060)
*mark@eff.org*
Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993

Attorneys for Plaintiff
Electronic Frontier Foundation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　Defendant. | CASE NO. 4:11-CV-05221-YGR<br><br>**DECLARATION OF MARK RUMOLD IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　February 19, 2013<br>Time:　　2:00 p.m.<br>Place:　　Oakland Courthouse<br>Hon. Yvonne Gonzalez Rogers |

## DECLARATION OF MARK RUMOLD

1. I am an attorney of record for Plaintiff Electronic Frontier Foundation ("EFF") in this matter. I am a member in good standing of the California State Bar and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. EFF is a nonprofit corporation established under the laws of the Commonwealth of Massachusetts with offices in San Francisco, California and Washington, D.C. EFF is a donor-supported membership organization that works to inform policymakers and the general public about civil liberties issues related to technology and to act as a defender of those liberties. In support of its mission, EFF uses the Freedom of Information Act (FOIA) to obtain and disseminate information concerning the activities of federal agencies.

3. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the *USA PATRIOT Act: Hearing Before the Subcomm. On the Constitution, Civil Rights, and Civil Liberties of the H. Comm. on the Judiciary*, 111th Cong. 8 (2009) (testimony of Todd M. Hinnen, Dep. Asst. Attorney Gen., Nat'l Sec. Div., U.S. Dep't of Justice).

4. Attached hereto as Exhibit 2 is a true and correct copy of a letter, dated September 21, 2011, from Sen. Ron Wyden and Sen. Mark Udall to Attorney General Eric Holder.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter, dated March 15, 2012, from Sen. Ron Wyden and Sen. Mark Udall to Attorney General Eric Holder.

6. Attached hereto as Exhibit 4 is a true and correct copy of a letter, dated October 1, 2012, from John D. Clopper and Emily Daughtry, Asst. U.S. Att'ys, to Charles Sims and Stuart Andrew Youngs, Counsel for the ACLU in *ACLU v. FBI*, 11-cv-07562. Exhibit 4 also includes one exhibit attached to the letter, a "draft summary of the four categories of documents that have been withheld in full by the National Security Division of the Department of Justice."

7. Attached hereto as Exhibit 5 is a true and correct copy of a Memorandum for Attorneys of the Office of Legal Counsel, dated July 16, 2010, entitled "Best Practices of Legal Advice and Written Opinions" and authored by David J. Barron, Acting Asst. Attorney General.

8. Attached hereto as Exhibit 6 is a true and correct copy of the publicly released version of a Memorandum for the Attorney General, dated May 6, 2004, entitled "Review of the Legality of the [redacted] Program" and authored by Jack L. Goldsmith, III, Assistant Attorney General.

9. Attached hereto as Exhibit 7 is a true and correct copy of the publicly released version of a Memorandum for the Attorney General, dated November 2, 2001, and authored by John C. Yoo, Dep. Asst. Attorney General.

10. Attached hereto as Exhibit 8 is a true and correct copy of the memorandum opinion and order of the Foreign Intelligence Surveillance Court, *In re Motion for Release of Records* Dkt. No. 07-01 (FISC Dec. 11, 2007).

11. Attached hereto as Exhibit 9 is a true and correct copy of the opinion of the Foreign Intelligence Surveillance Court of Review, *In re: Directives [redacted] Pursuant to Section 105B of the Foreign Intelligence Surveillance Act*, Dkt. No. 08-01 (FISCR Aug. 22, 2008).

12. Attached hereto as Exhibit 10 is a true and correct copy of a FOIA request, dated June 2, 2011, submitted by the EFF to the Federal Bureau of Investigation ("FBI") for records "discussing, concerning, or reflecting the FBI's interpretation or use of Section 215 orders."

13. Attached hereto as Exhibit 11 is a true and correct copy of a letter, dated July 6, 2011, from David Hardy, FBI, to Mark Rumold, EFF, denying a public interest fee waiver for EFF's FOIA request submitted on June 2, 2011.

14. Attached hereto as Exhibit 12 is a true and correct copy of an administrative appeal, submitted on August 30, 2011, by the Electronic Frontier Foundation to the Department of Justice, Office of Information Policy. The administrative appeal was in response to the FBI's denial of EFF's public interest fee waiver.

15. Attached hereto as Exhibit 13 is a true and correct copy of a letter, dated September 8, 2011, from Priscilla Jones, Department of Justice, Office of Information Policy, acknowledging receipt of the administrative appeal submitted by EFF on August 31, 2011.

16. Attached hereto as Exhibit 14 is a true and correct copy of a determination of EFF's appeal, dated October 24, 2011, from Janice Galli McLeod, Associate Director, Department of

Justice, Office of Information Policy, to Mark Rumold, EFF.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Signed this 14th day of December, 2012.

                                    /s/ Mark Rumold
                                    Mark Rumold