# Exhibit 1

# Exhibit 1

# USA PATRIOT ACT

## HEARING

BEFORE THE

SUBCOMMITTEE ON THE CONSTITUTION,
CIVIL RIGHTS, AND CIVIL LIBERTIES

OF THE

## COMMITTEE ON THE JUDICIARY
## HOUSE OF REPRESENTATIVES

ONE HUNDRED ELEVENTH CONGRESS

FIRST SESSION

SEPTEMBER 22, 2009

**Serial No. 111–35**

Printed for the use of the Committee on the Judiciary



Available via the World Wide Web: http://judiciary.house.gov

U.S. GOVERNMENT PRINTING OFFICE

52–409 PDF           WASHINGTON : 2010

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2104   Mail: Stop IDCC, Washington, DC 20402–0001

COMMITTEE ON THE JUDICIARY

JOHN CONYERS, JR., Michigan, *Chairman*

| | |
|---|---|
| HOWARD L. BERMAN, California | LAMAR SMITH, Texas |
| RICK BOUCHER, Virginia | F. JAMES SENSENBRENNER, JR., Wisconsin |
| JERROLD NADLER, New York | |
| ROBERT C. "BOBBY" SCOTT, Virginia | HOWARD COBLE, North Carolina |
| MELVIN L. WATT, North Carolina | ELTON GALLEGLY, California |
| ZOE LOFGREN, California | BOB GOODLATTE, Virginia |
| SHEILA JACKSON LEE, Texas | DANIEL E. LUNGREN, California |
| MAXINE WATERS, California | DARRELL E. ISSA, California |
| WILLIAM D. DELAHUNT, Massachusetts | J. RANDY FORBES, Virginia |
| ROBERT WEXLER, Florida | STEVE KING, Iowa |
| STEVE COHEN, Tennessee | TRENT FRANKS, Arizona |
| HENRY C. "HANK" JOHNSON, JR., Georgia | LOUIE GOHMERT, Texas |
| | JIM JORDAN, Ohio |
| PEDRO PIERLUISI, Puerto Rico | TED POE, Texas |
| MIKE QUIGLEY, Illinois | JASON CHAFFETZ, Utah |
| LUIS V. GUTIERREZ, Illinois | TOM ROONEY, Florida |
| BRAD SHERMAN, California | GREGG HARPER, Mississippi |
| TAMMY BALDWIN, Wisconsin | |
| CHARLES A. GONZALEZ, Texas | |
| ANTHONY D. WEINER, New York | |
| ADAM B. SCHIFF, California | |
| LINDA T. SÁNCHEZ, California | |
| DEBBIE WASSERMAN SCHULTZ, Florida | |
| DANIEL MAFFEI, New York | |

PERRY APELBAUM, *Majority Staff Director and Chief Counsel*
SEAN MCLAUGHLIN, *Minority Chief of Staff and General Counsel*

———

SUBCOMMITTEE ON THE CONSTITUTION, CIVIL RIGHTS, AND CIVIL LIBERTIES

JERROLD NADLER, New York, *Chairman*

| | |
|---|---|
| MELVIN L. WATT, North Carolina | F. JAMES SENSENBRENNER, JR., Wisconsin |
| ROBERT C. "BOBBY" SCOTT, Virginia | |
| WILLIAM D. DELAHUNT, Massachusetts | TOM ROONEY, Florida |
| HENRY C. "HANK" JOHNSON, JR., Georgia | STEVE KING, Iowa |
| | TRENT FRANKS, Arizona |
| TAMMY BALDWIN, Wisconsin | LOUIE GOHMERT, Texas |
| JOHN CONYERS, JR., Michigan | JIM JORDAN, Ohio |
| STEVE COHEN, Tennessee | |
| BRAD SHERMAN, California | |
| SHEILA JACKSON LEE, Texas | |

DAVID LACHMANN, *Chief of Staff*
PAUL B. TAYLOR, *Minority Counsel*

(II)

# CONTENTS

SEPTEMBER 22, 2009

Page

OPENING STATEMENTS

| | |
|---|---|
| The Honorable Jerrold Nadler, a Representative in Congress from the State of New York, and Chairman, Subcommittee on the Constitution, Civil Rights, and Civil Liberties ............................................................................... | 1 |
| The Honorable F. James Sensenbrenner, Jr., a Representative in Congress from the State of Wisconsin, and Ranking Member, Subcommittee on the Constitution, Civil Rights, and Civil Liberties ................................................. | 2 |
| The Honorable John Conyers, Jr., a Representative in Congress from the State of Michigan, Chairman, Committee on the Judiciary, and Member, Subcommittee on the Constitution, Civil Rights, and Civil Liberties ............. | 3 |
| The Honorable Lamar Smith, a Representative in Congress from the State of Texas, and Ranking Member, Committee on the Judiciary ........................... | 5 |

WITNESSES

| | |
|---|---|
| Mr. Todd M. Hinnen, Deputy Assistant Attorney General, National Security Division, U.S. Department of Justice | |
| Oral Testimony ...................................................................................................... | 7 |
| Prepared Statement ............................................................................................. | 9 |
| Ms. Suzanne E. Spaulding, former Staff Director, House Permanent Select Committee on Intelligence | |
| Oral Testimony ...................................................................................................... | 28 |
| Prepared Statement ............................................................................................. | 31 |
| The Honorable Thomas B. Evans, Jr., a former Representative in Congress | |
| Oral Testimony ...................................................................................................... | 47 |
| Prepared Statement ............................................................................................. | 49 |
| Mr. Kenneth L. Wainstein, former Assistant Attorney General, National Security Division, Department of Justice | |
| Oral Testimony ...................................................................................................... | 53 |
| Prepared Statement ............................................................................................. | 56 |
| Mr. Michael German, Policy Counsel, American Civil Liberties Union | |
| Oral Testimony ...................................................................................................... | 62 |
| Prepared Statement ............................................................................................. | 64 |

APPENDIX

| | |
|---|---|
| Material Submitted for the Hearing Record .......................................................... | 113 |

Case 4:11-cv-05221-YGR   Document 42-1   Filed 12/14/12   Page 5 of 9

# USA PATRIOT ACT

---

### TUESDAY, SEPTEMBER 22, 2009

House of Representatives,
Subcommittee on the Constitution,
Civil Rights, and Civil Liberties,
Committee on the Judiciary,
*Washington, DC.*

The Subcommittee met, pursuant to notice, at 11:15 a.m., in room 2141, Rayburn House Office Building, the Honorable Jerrold Nadler (Chairman of the Subcommittee) presiding.

Present: Representatives Nadler, Conyers, Johnson, Sensenbrenner, Rooney, King, Gohmert, and Smith.

Staff Present: David Lachmann, Majority Subcommittee Chief of Staff; Stephanie Pell, Detailee (DOJ); Caroline Lynch, Minority Counsel; and Turner Letter, Staff for Ranking Member Sensenbrenner.

Mr. NADLER. The hearing of the Subcommittee on the Constitution, Civil Rights, and Civil Liberties will come to order. We will begin with—I will recognize myself for an opening statement.

Today's hearing gives the Members of the Committee the opportunity to review the USA PATRIOT Act, three provisions of which are scheduled to expire later this year. These three provisions—dealing with roving wiretap authority; expansion of definition of an agent of a foreign power to include so-called lone wolfs; and section 215, which allows the government to obtain business records using an order from the Foreign Intelligence Surveillance, or FISA, Court—have aroused a great deal of controversy and concern.

While some have argued that each of these authorities remain necessary tools in the fight against terrorism and that they must be extended without any modifications, others have counseled careful review and modification. Some have even urged that we allow some or all of these authorities to sunset.

Additionally, I believe that we should not miss the opportunity to review the act in its entirety: to examine how it is working, where it has been successful, and where it may need improvement.

For example, I have introduced for the last few years the National Security Letters Reform Act, which would make some vital improvements to the current law in order better to protect civil liberties while ensuring that NSLs remain a useful tool in national security investigations. And section 215 must be amended to conform to the changes we seek to make to the NSL provisions.

(1)

7

Prior to serving on the NSC, Mr. Hinnen was a prosecutor in the Department of Justice's computer crimes section and a clerk for the Honorable Richard Tallman, United States Court of Appeals for the Ninth Circuit.

Mr. Hinnen is a graduate of Amherst College and Harvard Law School.

Welcome. Your written statement in its entirety will be made part of the record. I would ask you to summarize your testimony in 5 minutes or less.

To help you stay within that time, there is a timing light at your table. When 1 minute remains, the light will switch from green to yellow, and then red when the 5 minutes are up.

Before we begin, it is customary for the Committee to swear in its witnesses. If you would please stand and raise your right hand to take the oath.

[Witness sworn.]

Mr. NADLER. Let the record reflect that the witness answered in the affirmative.

We will now hear your statement, sir.

Mr. HINNEN. Thank you.

[Disturbance in the hearing room.]

Mr. NADLER. The gentleman will be removed.

The witness will proceed.

**TESTIMONY OF TODD M. HINNEN, DEPUTY ASSISTANT ATTORNEY GENERAL, NATIONAL SECURITY DIVISION, U.S. DEPARTMENT OF JUSTICE**

Mr. HINNEN. Thank you.

Chairman Nadler, Ranking Member Sensenbrenner, full Committee Chairman Conyers, full Committee Chairman Smith, and Members of the House Judiciary Committee's Subcommittee on Constitution, Civil Rights, and Civil Liberties, thank you for inviting me to speak to you today on behalf of the Justice Department about the three intelligence authorities scheduled to expire this December.

My written testimony sets forth the affirmative case for renewal for each of these three important authorities. Mindful of the Subcommittee's time and of the importance of discussion, my remarks today will touch briefly on the importance of each authority.

At the outset, it is important to recognize that these authorities exist as part of a broader statutory scheme, authorized by Congress and overseen by the FISA Court, that supports foreign intelligence collection and thereby protects national security.

The lone wolf provision allows the government to conduct surveillance pursuant to a FISA Court order on a non-U.S. person if the government demonstrates probable cause that the individual is engaged in international terrorism activities or preparation therefor.

Although this provision has never been used, it is essential to the government's ability to thwart an international terrorist plotting to attack the United States who has no established connection to a recognized terrorist organization, either because he has broken ties with such an organization or because he has been recruited and trained via information posted to the Internet.

8

Analysis suggests that, as the international coalition dedicated to combatting terrorism puts increasing pressure on terrorist groups and safe havens diminish, individuals who share the destructive goals of these groups but have no formal connection to them will pose an increasing threat.

The roving wiretap authority allows the government to maintain surveillance of a target who has been identified or specifically described and who attempts to thwart surveillance by rapidly changing cell phones or other facilities. The government must demonstrate probable cause that the target is an agent of a foreign power and that that target is using or will use the cell phone. The government must also make a specific showing that the target will attempt to thwart surveillance. And if the government uses a roving wiretap order, it must notify the court within 10 days of that use and demonstrate the specific facts that demonstrate that the target is using the new cell phone.

This authority is critical to efforts to collect intelligence on and protect against terrorists and foreign intelligence officers who have received countersurveillance training—our most sophisticated adversaries. The government has sought and been granted the authority in an average of 22 cases per year. The government has had occasion to use that authority granted by the court far more seldom than that.

The business records provision allows the government to obtain any tangible thing it demonstrates to the FISA Court is relevant to a counterterrorism or counterintelligence investigation. This provision is used to obtain critical information from the businesses unwittingly used by terrorists in their travel, plotting, preparation for, communication regarding, and execution of attacks. It also supports an important sensitive collection program, about which many Members of the Subcommittee or their staffs have been briefed.

All applications of this authority are subject to FISA Court approval, minimization procedures, and robust oversight. Each of these authorities meets an important investigative need. The Department and the Administration are firmly committed to ensuring that they are used with due respect for the privacy and civil liberties of Americans.

We welcome discussion with the Subcommittee directed toward ensuring that these authorities are renewed in a form that maintains their operational effectiveness and protects privacy and civil liberties.

Finally, I would like to address national security letters. A number of bills have recently been introduced, on both sides of the Hill, that amend the five statutes governing this investigative authority. I appreciate the careful thought and hard work that went into those legislative proposals.

The Department looks forward to engaging regarding them with Members of the Subcommittee. The Administration has not taken an official position on any particular provision on NSLs, so my ability to respond to questions regarding them today will be limited.

I appreciate the Subcommittee's understanding in this regard and its recognition that today's hearing is only the beginning of a process of working closely together to create legislation that main-

9

tains the operational effectiveness of these important investigative tools and protects the privacy and civil liberties of Americans.
  Thank you.
  [The prepared statement of Mr. Hinnen follows:]

PREPARED STATEMENT OF TODD M. HINNEN



**Department of Justice**

---

STATEMENT OF

TODD M. HINNEN
DEPUTY ASSISTANT ATTORNEY GENERAL

BEFORE THE

SUBCOMMITTEE ON THE CONSTITUTION, CIVIL RIGHTS, AND CIVIL LIBERTIES
COMMITTEE ON THE JUDICIARY
UNITED STATES HOUSE OF REPRESENTATIVES

ENTITLED

"THE USA PATRIOT ACT"

PRESENTED

SEPTEMBER 22, 2009