# Exhibit 4

# Exhibit 4



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

October 1, 2012

**BY E-MAIL AND FIRST CLASS MAIL**
Charles Sims
Stuart Andrew Youngs
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

Re:   *ACLU et al. v. FBI et al.*, 11 Civ. 07562 (WHP)

Dear Counsel:

Enclosed please find the following, provided pursuant to the Court's Order, dated July 24, 2012, in the above-referenced case:

1) A draft index of the those documents that have been withheld in full by the Federal Bureau of Investigation ("FBI"), set forth as Exhibit A;

2) A draft summary of the four categories of documents that have been withheld in full by the National Security Division of the Department of Justice ("NSD"), set forth as Exhibit B; and

3) A draft index of those documents that have been withheld in full by the Office of Information Policy of the Department of Justice ("OIP"), set forth as Exhibit C.

These materials are being provided for settlement purposes only. If you have any questions, please do not hesitate to contact us.

Sincerely,

PREET BHARARA
United States Attorney

By:   /s/
JOHN D. CLOPPER
EMILY DAUGHTRY
Assistant United States Attorneys
Telephone: (212) 637-2716 (Clopper)
Telephone: (212) 637-2777 (Daughtry)

Facsimile: (212) 637-0033
john.clopper@usdoj.gov
emily.daughtry@usdoj.gov

Enclosures

# Exhibit B:  National Security Division Documents

I.  <u>Congressional reporting and supporting documentation:</u>

- Sixteen (16) documents, ranging in date from January 2007 to September 2011, totaling 676 pages, which include materials sent to the House Permanent Select Committee on Intelligence ("HPSCI"), Senate Select Committee on Intelligence ("SSCI"), House Judiciary Committee, and/or the Senate Judiciary Committee.  These documents are being withheld pursuant to FOIA Exemption 1, 5 U.S.C. § 552 (b)(1).
- In addition, forty-two (42) documents, ranging in date from December 2005 to June 2012, totaling 1450 pages, and submitted to Congress by the Attorney General as required by the Foreign Intelligence Surveillance Act of 1978, as amended, and the Intelligence Reform and Terrorism Prevention Act of 2004.  These documents are being withheld pursuant to FOIA Exemption 1, 5 U.S.C. § 552 (b)(1).

II.  <u>Materials submitted to, or opinions and/or orders issued by, the Foreign Intelligence Surveillance Court:</u>

- Legal memoranda submitted by the Government to, and opinions and/or orders issued by, the Foreign Intelligence Surveillance Court between February 2006 to February 2011.  These documents are being withheld pursuant to FOIA Exemption 1, 5 U.S.C. § 552 (b)(1).

III.  <u>Internal Executive Branch communications and analysis:</u>

- Seven (7) documents consisting of internal Executive Branch communications, memoranda, and/or analysis, either undated or ranging in date from July 2006 to August 2008, and totaling sixty-nine (69) pages.  These documents are being withheld pursuant to FOIA Exemption 1, 5 U.S.C. § 552 (b)(1) and (b)(5).

IV.  <u>Guidelines and training documents:</u>

- Thirty-one (31) documents consisting of internal Executive Branch guidelines, procedures, and training materials for government personnel on implementation of section 215 authority, either undated or ranging in date from August 2006 to May 2011, and totaling 771 pages.  These documents are being withheld pursuant to FOIA Exemption 1, 5 U.S.C. 552 (b)(1).