# Exhibit 13

# Exhibit 13



**U.S. Department of Justice**

Office of Information Policy

---

*Telephone: (202) 514-3642*  *Washington, D.C. 20530*
                              SEP   8  2011

Mr. Mark Rumold
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

    Re:  Request No. 1168091

Dear Mr. Rumold:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on August 31, 2011.

    The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **AP-2011-02963**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal you may contact me at the number above.

                                            Sincerely,

                                            Priscilla Jones
                                            Supervisory Administrative Specialist