# Exhibit 14

# Exhibit 14



**U.S. Department of Justice**

Office of Information Policy

---

*Telephone: (202) 514-3642*  Washington, D.C. 20530

OCT 2 4 2011

Mr. Mark Rumold  
Electronic Frontier Foundation  
454 Shotwell Street  
San Francisco, CA 94110

Re: Appeal No. AP-2011-02963  
Request No. 1168091  
JGM:SKV

Dear Mr. Rumold:

 You attempted to appeal from the fee waiver determination made by the Federal Bureau of Investigation pursuant to your request for access to records from January 1, 2004 to the present pertaining to Section 215 of the Patriot Act.

 Please note that the FBI has not completed its search for records responsive to your request, hence its determination on your fee waiver request was premature. There is currently no action for this Office to consider on appeal as the body of records responsive to your request have not been identified; nor is it known whether you will accrue any fees. In light of these circumstances, I am administratively closing this appeal at this time. Once the FBI completes its search for responsive records, it will determine if fees will accrue. If fees do accrue and you wish to pursue you fee waiver appeal, you should contact this Office. Please do so by sending your letter directly to my attention, referencing the above request number and the FBI's denial letter dated July 6, 2011.

 In the interim you may wish to peruse those records pertaining to the USA PATRIOT Act that are available on line. There are currently thirteen sections of records posted under "Patriot Act" in the FBI's listing of records that can be viewed on line at www/fbi.gov, by clicking on "Freedom of Information Act" found at the bottom of the first screen, and then by clicking "Hot Topics."

Sincerely,

Janice Galli McLeod  
Associate Director