STUART F. DELERY
Acting Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

  P.O. Box 883
  Washington, D.C.  20044
  Telephone:  (202) 305-0167
  Facsimile:  (202) 616-8470
  Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:11-cv-05221-YGR |
| Plaintiff, | **DECLARATION OF STEVEN Y. BRESSLER** |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

I, Steven Y. Bressler, hereby state and declare as follows:

1.     I am an attorney employed by the U.S. Department of Justice, Civil Division, Federal Programs Branch. I am counsel of record for the government in the above-captioned civil action.

2.     During telephone conversations and electronic correspondence between December 26, 2012, and January 2, 2013, Mark Rumold, as counsel for plaintiff, and I, as counsel for defendant, reached a mutually agreeable settlement and resolution of plaintiff's claim concerning the Federal Bureau of Investigation's denial of plaintiff's request for a processing fee waiver pursuant to the Freedom of Information Act. *See* Amended Complaint, ECF No. 9, ¶¶ 49-51; Plaintiff's Memorandum in Support of Cross-Motion for Summary Judgment, ECF No. 41, at 22-23.

3.     As part of the parties' agreement, the Federal Bureau of Investigation will not pursue fees from plaintiff for the processing of plaintiff's Freedom of Information Act Request to the Federal Bureau of Investigation that is the subject of this litigation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 4th day of January, 2013, at Washington, D.C.

>  /s/ Steven Y. Bressler
> STEVEN Y. BRESSLER
> Senior Counsel
> U.S. DEPARTMENT OF JUSTICE
> Civil Division, Federal Programs Branch
> P.O. Box 883
> Washington, D.C. 20044
> Telephone: (202) 305-0167
> Facsimile: (202) 616-8470
> Steven.Bressler@usdoj.gov