UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Case No. 4:11-cv-05221-YGR |
| Plaintiff, ) | **[PROPOSED] ORDER ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, ) | |
| Defendant. ) | |

Upon consideration of defendant's Motion for Summary Judgment, plaintiff's Cross-Motion, and the entire record herein, it is hereby **ORDERED** that defendant's Motion for Summary Judgment is **GRANTED** and plaintiff's Cross-Motion for Summary Judgment is **DENIED**. It is further **ORDERED** that the Prayer for Relief in plaintiff's Amended Complaint is **DENIED**. The Clerk is directed to enter judgment for defendant, the United States Department of Justice, on a separate document pursuant to Federal Rule of Civil Procedure 58.

                                                  Hon. Yvonne Gonzalez Rogers
                                                  United States District Judge