Mark Rumold (SBN 279060)
*mark@eff.org*
Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993

Attorneys for Plaintiff
Electronic Frontier Foundation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:11-cv-05221-YGR |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF MARK RUMOLD IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | Date:     February 19, 2013<br>Time:    2:00 p.m.<br>Place:   Courtroom 5, 2nd Floor<br>Hon. Yvonne Gonzalez Rogers |

# SUPPLEMENTAL DECLARATION OF MARK RUMOLD

1. I am an attorney of record for Plaintiff Electronic Frontier Foundation ("EFF") in this matter. I am a member in good standing of the California State Bar and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. EFF is a nonprofit corporation established under the laws of the Commonwealth of Massachusetts with offices in San Francisco, California and Washington, D.C. EFF is a donor-supported membership organization that works to inform policymakers and the general public about civil liberties issues related to technology and to act as a defender of those liberties. In support of its mission, EFF uses the Freedom of Information Act (FOIA) to obtain and disseminate information concerning the activities of federal agencies.

3. Attached hereto as Exhibit 1 is a true and correct copy of a record received from the FBI in response to the FOIA requests previously at issue in this litigation. The document, titled "PATRIOT ACT SUNSET PROVISIONS" and Bates Stamped "ACLU 215-39," provides the number of Section 215 orders obtained by the FBI annually from 2004 to 2008. It is my belief that this record was created in response to an inquiry by Congress.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Signed this 18th day of January, 2013.

/s/ Mark Rumold
Mark Rumold

1
SUPPLEMENTAL DECLARATION OF MARK RUMOLD
Case No. 11-cv-05221

# Exhibit 1

# Exhibit 1



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 02-02-2012 BY 65179 DMH/STP/MJS

# PATRIOT ACT SUNSET PROVISIONS
## (215s/Roving Wiretaps/Lone Wolf)

**What use has the FBI made of the expiring Patriot Act authorities?**

**Response:**

Business Records (215s)

- The FBI began using Business Records in 2004. Since that time, through CY 2008, we have used this authority a total of 236 times.

| Year | Business Record (pure) | Business Record Combination (i.e, combined with PR/TT request to the FISC) | Totals |
|---|---|---|---|
| 2004 | 7 | 0 | 7 |
| 2005 | 14 | 141 | 155 |
| 2006 | 12 | 32 | 44 |
| 2007 | 17 | 0 | 17 |
| 2008 | 13 | 0 | 13 |
| **TOTALS** | **63** | **173** | **236** |

Roving Wiretaps

- We have utilized the Roving Wiretap authority a total of 147 times.

Lone Wolf

- Although the lone wolf provision has never been used, it is an important investigative option which must remain available. This provision gives the FBI the flexibility to obtain FISA warrants and orders in the rare circumstance where a non-US person engages in terrorist activities, but his or her nexus to a known terrorist group is unknown. The fact that this provision has not been used does not denigrate the need for the provision. To the contrary, this is an important tool which allows the FBI to obtain foreign intelligence about a non-US person under the authority and direct supervision of a court expressly created to keep the domestic collection of foreign intelligence within constitutional limits.

- It is an important tool which will be used only under the appropriate circumstances and with the appropriate supervision from the Foreign Intelligence Surveillance Court. Because the circumstances under which we would use the lone wolf provision have not arisen since the passage of the Intelligence Reform and Terrorist Prevention Act of 2004 does not mean that they will not arise in the future. The United States Government needs to be prepared to address that situation should it occur.

Information provided by: Rick McNally, A-DGC NLSB, OGC
Information approved by: GC Valerie Caproni, OGC       Dated: 5/15/2009

ACLU Sect. 215-39