STUART F. DELERY
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

   P.O. Box 883
   Washington, D.C.  20044
   Telephone:  (202) 305-0167
   Facsimile:  (202) 616-8470
   Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>    Plaintiff, )<br>        v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>    Defendant. )<br>) | Case No. 4:11-cv-05221-YGR<br><br>**STIPULATED REQUEST TO RESCHEDULE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

   The parties, plaintiff Electronic Frontier Foundation and defendant the United States

Department of Justice, respectfully request, by stipulation, that the Court reschedule the motions

hearing currently noticed for February 19, 2013 at 2:00 pm to the Court's civil motions hearing

one week thereafter, on February 26, 2013.  Good cause exists for this Stipulated Request as follows:

    1.    The parties' cross-motions for summary judgment (ECF Nos. 40 & 41) are currently noticed for hearing before the Court on its civil motions calendar for Tuesday, February 19 at 2:00 pm.

    2.    Undersigned counsel for defendant works in Washington, D.C.  To be confident of timely attendance at a February 19 hearing in the event of possible flight delays, counsel for defendant would travel to Oakland on Monday, February 18.

    3.    Monday, February 18 is the President's Day holiday.  While counsel for defendant will travel on that date if necessary, such travel would disrupt counsel's family plans, including fulfillment of counsel's childcare responsibilities.

    4.    According to the Scheduling Notes on the Court's website, neither of the two preceding civil motions days (February 5 and 12, 2013) are available.

    5.    Undersigned counsel for plaintiff has a pre-planned vacation scheduled for February 27 through March 5, 2013.

    6.    Counsel for both parties are available on February 26, 2013.

    7.    Granting this Stipulated Request will not alter or extend any other dates or deadlines currently pending in this matter.

WHEREFORE, the parties respectfully request that the Court grant this Stipulated Request and renotice the cross-motions for summary judgment for hearing on February 26, 2013 at 2:00 pm.

//

//

Dated: January 28, 2013                     Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

  /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:     (202) 305-0167
Facsimile:     (202) 616-8470
Steven.Bressler@usdoj.gov

*Counsel for Defendant*

ELECTRONIC FRONTIER FOUNDATION

By  */s/ Mark Rumold* (with permission)
JENNIFER LYNCH
MARK RUMOLD
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415-436-9333
Facsimile: 415-436-9993

*Counsel for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Steven Y. Bressler, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above. I declare under penalty of perjury that the foregoing declaration is true and correct. Executed this 28th day of January, 2013, at Washington, D.C.

  /s/ Steven Y. Bressler
STEVEN Y. BRESSLER