UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No.: 11-cv-5221-YGR<br><br>**ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT, <u>AS MODIFIED BY THE COURT</u>** |

The Court is in receipt of the parties' Stipulated Request to Reschedule Hearing on Cross-Motions for Summary Judgment. (Dkt No. 46.) Taking into account counsel's and the Court's availability, the Court **RESETS** the hearing date to **March 12, 2013 at 2:00 p.m.**

**IT IS SO ORDERED**.

Date: January 31, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**