UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

Date:  March 12, 2013          JUDGE: Yvonne Gonzalez Rogers

Case No:  C- 11-5221-YGR       Time: 2:00pm-2:45pm

Case Name: Electronic Frontier Foundation v Dept of Justice

Attorney(s) for Plaintiff:   Mark Rumold

Attorney(s) for Defendant: Steven Bressler

Deputy Clerk: Frances Stone           Court Reporter: Raynee Mercado

### PROCEEDINGS

Hearing held and submitted on preliminary issue of in camera review of affidavit.

Court to issue order for Defendant to file supplemental affidavit.
Hearings on Cross-Motions for Summary Judgment [Dkt. No. 40 and 41] VACATED until further notice from the Court.

Order to be prepared by:   Court