Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
Mark Rumold (SBN 279060)
*mark@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No.: 4:11-cv-05221-YGR<br><br>**NOTICE OF CHANGE OF ADDRESS FOR ELECTRONIC FRONTIER FOUNDATION**<br><br>Courtroom 5 - 2nd Floor<br>Hon. Yvonne Gonzalez Rogers |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE COURT:

PLEASE TAKE NOTICE that Jennifer Lynch and Mark Rumold, counsel for the Electronic Frontier Foundation, Plaintiff in the above-captioned matter, are relocating. As of April 12, 2013, the new address will be:

> Jennifer Lynch, Esq.
> Mark Rumold, Esq.
> ELECTRONIC FRONTIER FOUNDATION
> 815 Eddy Street
> San Francisco, California  94109

The telephone and facsimile numbers will remain the same.

DATED:  April 6, 2013

Respectfully submitted,

By:  */s/ Jennifer Lynch*
    Jennifer Lynch
    Mark Rumold
    ELECTRONIC FRONTIER FOUNDATION
    454 Shotwell Street
    San Francisco, CA  94110
    Telephone: (415) 436-9333
    Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION