# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION**, <br><br> Plaintiff, <br><br> vs. <br><br> **DEPARTMENT OF JUSTICE**, <br><br> Defendant. | Case No.: 4:11-cv-05221-YGR <br><br> **ORDER DIRECTING PLAINTIFF TO SUBMIT RESPONSE TO DEFENDANT'S FURTHER SUBMISSION FILED APRIL 18, 2013** |

On April 18, 2013, Defendant Department of Justice filed its Response to the Court's Order Re: Further Submission on Cross-Motions for Summary Judgment, as well as a new declaration in support of that Response. (Dkt. Nos. 51, 51-1.) Having reviewed the new submission, the Court now seeks Plaintiff's response to the submission, the additional assertions of exemption therein, and the sufficiency of the publicly filed declaration and index.

Plaintiff shall file its supplemental response no later than **May 9, 2013**. Defendant may file any reply no later than **May 16, 2013**. The Court will notify the parties if it requires oral argument by further order thereafter.

**IT IS SO ORDERED.**

Date: April 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**