STUART F. DELERY
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

   P.O. Box 883
   Washington, D.C.  20044
   Telephone:  (202) 305-0167
   Facsimile:  (202) 616-8470
   Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> JUSTICE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 4:11-cv-05221-YGR <br><br> **STIPULATED REQUEST TO ENLARGE DEFENDANT'S TIME TO FILE A REPLY BRIEF** |

The parties, plaintiff Electronic Frontier Foundation and defendant the United States

Department of Justice, respectfully request, by stipulation, that the Court extend by one week

defendant's time in which to file any reply memorandum concerning its earlier submission (Dkt.

Nos. 51, 51-1) pursuant to this Court's Order (Dkt. No. 52).  In particular, the parties request that

defendant be permitted to file any reply on or before May 23, 2013.  Good cause exists for this Stipulated Request as follows:

1. On April 25, 2013, the Court directed plaintiff to submit a response to defendant's supplemental filing on or before May 9, 2013, and provided that defendant may file any reply on or before May 16, 2013.

2. Undersigned counsel for defendant is currently scheduled to travel to a hearing in another matter on May 9 and 10, 2013, and will not return to his office until May 13, 2013.

3. Without having seen plaintiff's responsive filing, due May 9, counsel for defendant anticipates that preparing defendant's reply will require consultation with National Security Division officials that would be difficult to complete between May 13 and 16.

4. Therefore, the parties request that defendant's time to file any reply be extended by one week.

5. Granting this Stipulated Request will not alter or extend any other dates or deadlines currently pending in this matter.

WHEREFORE, the parties respectfully request that the Court grant this Stipulated Request and permit defendant to file any reply pursuant to this Court's Order (Dkt. No. 52) on or before May 23, 2013.

//

//

//

//

//

//

Dated: May 2, 2013               Respectfully submitted,

                                 STUART F. DELERY
                                 Principal Deputy Assistant Attorney General

                                 MELINDA HAAG
                                 United States Attorney

                                 ELIZABETH J. SHAPIRO
                                 Deputy Director, Federal Programs Branch

                                   /s/ Steven Y. Bressler_____
                                 STEVEN Y. BRESSLER D.C. Bar #482492
                                 Senior Counsel
                                 U.S. Department of Justice
                                 Civil Division, Federal Programs Branch
                                 P.O. Box 883
                                 Washington, D.C. 20044
                                 Telephone:     (202) 305-0167
                                 Facsimile:     (202) 616-8470
                                 Steven.Bressler@usdoj.gov

                                 *Counsel for Defendant*

                                 ELECTRONIC FRONTIER FOUNDATION

                                 By  */s/ Mark Rumold* (with permission)
                                 JENNIFER LYNCH
                                 MARK RUMOLD
                                 Electronic Frontier Foundation
                                 454 Shotwell Street
                                 San Francisco, CA 94110
                                 Telephone: 415-436-9333
                                 Facsimile: 415-436-9993

                                 *Counsel for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

**DECLARATION**

I, Steven Y. Bressler, hereby declare that I have obtained the concurrence in the filing of this document from the other signatory listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct. Executed this 2d day of May, 2013, at Washington, D.C.

                                             */s/ Steven Y. Bressler*
                                             STEVEN Y. BRESSLER

Stipulated Request to Enlarge Defendant's Time to File a Reply Brief        4