STUART F. DELERY
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0167
Facsimile:  (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendant. )<br>)<br>) | Case No. 4:11-cv-05221-YGR<br>**ORDER GRANTING**<br>**STIPULATED REQUEST TO ENLARGE DEFENDANT'S TIME TO FILE A REPLY BRIEF** |

The parties, plaintiff Electronic Frontier Foundation and defendant the United States Department of Justice, respectfully request, by stipulation, that the Court extend by one week defendant's time in which to file any reply memorandum concerning its earlier submission (Dkt. Nos. 51, 51-1) pursuant to this Court's Order (Dkt. No. 52).  In particular, the parties request that

defendant be permitted to file any reply on or before May 23, 2013.  Good cause exists for this Stipulated Request as follows:

1. On April 25, 2013, the Court directed plaintiff to submit a response to defendant's supplemental filing on or before May 9, 2013, and provided that defendant may file any reply on or before May 16, 2013.

2. Undersigned counsel for defendant is currently scheduled to travel to a hearing in another matter on May 9 and 10, 2013, and will not return to his office until May 13, 2013.

3. Without having seen plaintiff's responsive filing, due May 9, counsel for defendant anticipates that preparing defendant's reply will require consultation with National Security Division officials that would be difficult to complete between May 13 and 16.

4. Therefore, the parties request that defendant's time to file any reply be extended by one week.

5. Granting this Stipulated Request will not alter or extend any other dates or deadlines currently pending in this matter.

WHEREFORE, the parties respectfully request that the Court grant this Stipulated Request and permit defendant to file any reply pursuant to this Court's Order (Dkt. No. 52) on or before May 23, 2013.

//

//

//

//

//

//

//

| | |
|---|---|
| Dated: May 2, 2013 | Respectfully submitted, |
| | STUART F. DELERY<br>Principal Deputy Assistant Attorney General |
| | MELINDA HAAG<br>United States Attorney |
| | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch |
| | /s/ Steven Y. Bressler<br>STEVEN Y. BRESSLER D.C. Bar #482492<br>Senior Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044<br>Telephone:    (202) 305-0167<br>Facsimile:     (202) 616-8470<br>Steven.Bressler@usdoj.gov |
| | *Counsel for Defendant* |
| | ELECTRONIC FRONTIER FOUNDATION |
| | By */s/ Mark Rumold* (with permission)<br>JENNIFER LYNCH<br>MARK RUMOLD<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: 415-436-9333<br>Facsimile: 415-436-9993 |
| | *Counsel for Plaintiff* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____   Dated: May 8, 2013
Hon. Yvonne Gonzalez Rogers
United States District Judge