STUART F. DELERY
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0167
Facsimile:  (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br>            Plaintiff,  ) <br> ) <br>    v.  ) <br> ) <br> UNITED STATES DEPARTMENT OF  ) <br> JUSTICE,  ) <br> ) <br>            Defendant.  ) <br> ) <br> ) <br> ) <br> _____ ) | Case No. 4:11-cv-05221-YGR <br><br> **NOTICE AND REQUEST THAT THE COURT HOLD THE CROSS-MOTIONS FOR SUMMARY JUDGMENT IN ABEYANCE** |

On June 6, 2013, in response to the unauthorized disclosure of a top secret U.S. court document, the Director of National Intelligence ("DNI") directed that certain information related to the "business records" provision of the Foreign Intelligence Surveillance Act be declassified and immediately released to the public.  *See* DNI Statement on Recent Unauthorized Disclosures

of Classified Information, *available at* http://www.odni.gov/index.php/newsroom/press-releases/191-press-releases-2013/868-dni-statement-on-recent-unauthorized-disclosures-of-classified-information.  This case involves plaintiff's request pursuant to the Freedom of Information Act for documents concerning that same provision of the Foreign Intelligence Surveillance Act.

In light of the DNI's decision to declassify certain previously classified information, defendant requires time to consider what effect, if any, the DNI's decision has on the classification of information in some of the withheld documents still at issue in this case, and to consult with plaintiff.  Therefore, defendant respectfully requests that the Court hold the Cross-Motions for Summary Judgment in abeyance at this time.  Defendant proposes that the parties file a status report with the Court within 30 days.

Dated: June 7, 2013                              Respectfully submitted,

                                                 STUART F. DELERY
                                                 Principal Deputy Assistant Attorney General

                                                 MELINDA HAAG
                                                 United States Attorney

                                                 ELIZABETH J. SHAPIRO
                                                 Deputy Director, Federal Programs Branch

                                                 ___/s/ Steven Y. Bressler_____
                                                 STEVEN Y. BRESSLER D.C. Bar #482492
                                                 Senior Counsel
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 P.O. Box 883
                                                 Washington, D.C. 20044
                                                 Telephone:     (202) 305-0167
                                                 Facsimile:     (202) 616-8470
                                                 Steven.Bressler@usdoj.gov

                                                 *Counsel for the U.S. Department of Justice*