IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER<br><br>　　　　　Plaintiff,<br>　v.<br><br>DEPT OF JUSTICE<br><br>　　　　　Defendant.<br>_____/ | NO. CV 11-05221 YGR<br><br>**CLERK'S NOTICE RE DEFICIENCY** |

Please be advised that on **06/07/2013,** the incorrect docket event was used by counsel **NOTICE and Request That Court Hold the Cross-Motions for Summary Judgment in Abeyance [57].** The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 06/10/2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Jessie Mosley
　　　　　　　　　　　　　　　　　510-637-3536
　　　　　　　　　　　　　　　　　Case Systems Administrator