STUART F. DELERY
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0167
Facsimile:  (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:11-cv-05221-YGR |
| Plaintiff, | ORDER GRANTING **STIPULATED REQUEST THAT THE COURT HOLD THE CROSS-MOTIONS FOR SUMMARY JUDGMENT IN ABEYANCE** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

The parties, plaintiff Electronic Frontier Foundation and defendant the United States Department of Justice, by and through their undersigned counsel, hereby stipulate and request pursuant to Civ. L.R. 7-12 that this Court administratively stay or otherwise hold in abeyance the

Case No. 4:11-cv-05221-YGR
Stipulated Request to Hold the Cross-Motions for Summary Judgment in Abeyance

parties' cross-motions for summary judgment currently pending in this action. [Dkt. Nos. 40, 41.]

    Good cause exists for the relief requested in this Stipulated Request. On June 6, 2013, in response to the unauthorized disclosure of a top secret U.S. court document, the Director of National Intelligence ("DNI") directed that certain information related to the "business records" provision of the Foreign Intelligence Surveillance Act be declassified and immediately released to the public. *See* DNI Statement on Recent Unauthorized Disclosures of Classified Information, *available at* http://www.odni.gov/index.php/newsroom/press-releases/191-press-releases-2013/868-dni-statement-on-recent-unauthorized-disclosures-of-classified-information. This case involves plaintiff's request pursuant to the Freedom of Information Act for documents concerning that same provision of the Foreign Intelligence Surveillance Act.

    In light of the DNI's decision to declassify certain previously classified information, defendant requires time to consider what effect, if any,[1] the DNI's decision has on the classification of information in some of the withheld documents still at issue in this case, and to consult with plaintiff. Therefore, the parties respectfully request by stipulation that the Court hold the Cross-Motions for Summary Judgment in abeyance at this time. The parties propose that they file a status report with the Court on or before July 12, 2013.

Dated: June 10, 2013                       Respectfully submitted,

                                             STUART F. DELERY
                                             Principal Deputy Assistant Attorney General

                                             MELINDA HAAG
                                             United States Attorney

                                             ELIZABETH J. SHAPIRO
                                             Deputy Director, Federal Programs Branch

---

[1] Plaintiff's position is that the disclosures and the DNI's statement must have an effect on defendant's litigating position.

|   |   |
|---|---|
| 1 |  /s/ Steven Y. Bressler |
| 2 | STEVEN Y. BRESSLER D.C. Bar #482492 |

/s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:     (202) 305-0167
Facsimile:      (202) 616-8470
Steven.Bressler@usdoj.gov

*Counsel for the U.S. Department of Justice*

 /s/ Mark Rumold
MARK RUMOLD
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
Attorney for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Hon. Yvonne Gonzalez Rogers
United States District Judge

Dated: June 11, 2013

**DECLARATION**

I, Steven Y. Bressler, hereby declare that I have obtained the concurrence in the filing of this document from the other signatory listed above. I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of June, 2013, at Washington, D.C.

/s/ Steven Y. Bressler
STEVEN Y. BRESSLER