STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

 P.O. Box 883
 Washington, D.C.  20044
 Telephone:  (202) 305-0167
 Facsimile:  (202) 616-8470
 Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>  v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendant. )<br>)<br>_____) | Case No. 4:11-cv-05221-YGR<br><br>**UNOPPOSED ADMINISTRATIVE MOTION FOR STAY OF LITIGATION AND TOLLING OF DEADLINES IN LIGHT OF THE LAPSE IN FEDERAL GOVERNMENT APPROPRIATIONS** |

The United States of America hereby moves for a stay of this litigation and extension of the deadlines related to re-review, processing, and production of documents that are set forth in this Court's previous Order (Dkt. No. 64) in the above-captioned case.

Case No. 4:11-cv-05221-YGR
Unopposed Administrative Motion for Stay

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including agencies within the United States Intelligence Community ("IC") whose employees are required to review and process the documents that remain the subject of this litigation. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the IC are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this litigation, including pending deadlines related to the re-review, processing, and production of documents that are set forth in this Court's previous Order (Dkt. No. 64), until Congress has restored appropriations to the Department and relevant IC agencies.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that the plaintiff has no objection to the relief requested by this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this litigation, including the deadlines related to re-review, processing, and production of documents that are set forth in this Court's

Case No. 4:11-cv-05221-YGR
Unopposed Administrative Motion for Stay                    2

previous Order (Dkt. No. 64), until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2013             Respectfully submitted,

                                           STUART F. DELERY
                                           Assistant Attorney General

                                           MELINDA HAAG
                                           United States Attorney

                                           ELIZABETH J. SHAPIRO
                                           Deputy Director, Federal Programs Branch

                                           /s/ Steven Y. Bressler
                                           STEVEN Y. BRESSLER D.C. Bar #482492
                                           Senior Counsel
                                           U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           P.O. Box 883
                                           Washington, D.C. 20044
                                           Telephone:   (202) 305-0167
                                           Facsimile:    (202) 616-8470
                                           Steven.Bressler@usdoj.gov

                                           *Counsel for the U.S. Department of Justice*

## DECLARATION

    I, Steven Y. Bressler, hereby declare that counsel for plaintiff, Mark Rumold, informed me that plaintiff does not oppose the relief requested in this Motion, that is, an extension of deadlines in this litigation commensurate with the length in days of the lapse in federal government appropriations. I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of October, 2013, at Washington, D.C.

                                           /s/ Steven Y. Bressler
                                           STEVEN Y. BRESSLER