STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0167
Facsimile:  (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendant. )<br>)<br>_____) | Case No. 4:11-cv-05221-YGR<br><br>**NOTICE REGARDING APPROPRIATION OF FUNDS FOR THE DEPARTMENT OF JUSTICE** |

Shortly after midnight today, October 17, 2013, the President signed into law H.R. 2775, as amended, providing continuing appropriations for federal government agencies including defendant, the United States Department of Justice.  Pursuant to this Court's Order (ECF No. 66) granting defendant's unopposed administrative motion for a stay of proceedings and an extension

Case No. 4:11-cv-05221-YGR
Notice Regarding Appropriation of Funds for the Department of Justice

of previously-pending deadlines commensurate with the duration of the lapse in appropriations, as well as this Court's prior Order (ECF No. 64) setting such deadlines, defendant will complete further re-review of a subset of the remaining responsive records and release of non-exempt records in this Freedom of Information Act case on or before **October 28, 2013**; defendant will complete re-review of all remaining responsive records and release of non-exempt records on or before **November 18, 2013**; and the parties will file a Joint Status Statement no later than **December 23, 2013**, advising the Court of the parties' discussions and proposing a schedule for further proceedings including, without limitation, summary judgment motions.

Dated: October 17, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

  /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:     (202) 305-0167
Facsimile:     (202) 616-8470
Steven.Bressler@usdoj.gov

*Counsel for the U.S. Department of Justice*