Mark Rumold (SBN 279060)
*mark@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorney for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:11-cv-05221-YGR |
| Plaintiff, | **JOINT STATUS STATEMENT** |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

The Court's September 6, 2013 Order (ECF No. 64), as modified by the Court's October 1, 2013 Order (ECF No. 66), directed Plaintiff Electronic Frontier Foundation and Defendant Department of Justice to submit a joint status statement "advising the Court of the parties' discussions and proposing a schedule for further proceedings, including, without limitation, summary judgment motions." Sept. 6 Order at 2. Accordingly, the parties respectfully submit this joint status statement and advise the Court as follows:

1.  Defendant completed its production of responsive records on November 18, 2013. On December 16, 2013, Defendant provided Plaintiff with an index of, *inter alia*, responsive documents, indicating which had been withheld in full from disclosure, released in part, or released in full; briefly describing each document; and identifying for each document the Freedom of Information Act exemption or exemptions that Defendant asserts justify the withholding.

2.  The parties continue to engage in discussions concerning further proceedings in this case, including possible ways to narrow and focus the scope of the litigation. The parties are in agreement that additional summary judgment briefing will be necessary to resolve the case.

3.  The parties nevertheless are optimistic that an agreement can be reached to reduce the quantity of documents and withholdings that remain at issue.

4.  In light of the parties' ongoing discussions and the substantial number of documents that currently remain at issue, the parties believe it is premature to establish a briefing schedule at this time. The parties require additional time to continue their negotiations and to further refine the scope of the litigation.

5.  The parties therefore respectfully suggest they submit a further joint status statement on February 7, 2014, setting forth a proposed schedule for summary judgment briefing.

DATED:  December 23, 2013        Respectfully submitted,

By   /s/ Mark Rumold

Mark Rumold
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA  94110
mark@eff.org

Attorney for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

DATED:  December 23, 2013

TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney

By:    /s/ Steven Y. Bressler (by permission)
STEVEN Y. BRESSLER
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0167
Facsimile: (202) 616-8470
Steven.Bressler@usdoj.gov

Attorneys for Defendant
U.S. DEPARTMENT OF JUSTICE

LOCAL CIVIL RULE 5.1 CERTIFICATION

I attest that I have obtained the concurrence of Steven Y. Bressler, counsel for Defendant, in the filing of this document.

/s/ Mark Rumold
MARK RUMOLD

-2-
JOINT STATUS STATEMENT
CASE NO. 4:11-CV-05221-YGR

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2013, I caused a copy of the foregoing to be served on counsel for Defendant via the Court's ECF system.

/s/ Mark Rumold
MARK RUMOLD