UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No.: 11-cv-5221-YGR<br><br>**ORDER RE: STATUS STATEMENT AND SETTING STATUS CONFERENCE** |

The Court is in receipt of the parties' Joint Status Statement. (Dkt. No. 68.) The parties shall submit their joint status statement, including a proposed briefing schedule for summary judgment motions, no later than **February 3, 2014.**

The Court further **ORDERS** that the parties appear for a status conference on **February 10, 2014, at 1:30 p.m.** in Courtroom 5.

**IT IS SO ORDERED**.

January 6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**