STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0167
Facsimile:  (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br><br> Plaintiff, <br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. <br> _____ ) | Case No. 4:11-cv-05221-YGR <br><br> **STIPULATED REQUEST TO SET BRIEFING SCHEDULE AND TO VACATE OR RESCHEDULE CASE MANAGEMENT CONFERENCE** |

   Plaintiff ELECTRONIC FRONTIER FOUNDATION and defendant THE UNITED

STATES DEPARTMENT OF JUSTICE hereby respectfully request, by stipulation, that this

Court set a briefing schedule for renewed cross-motions for summary judgment and reschedule

Case No. 4:11-cv-05221-YGR
Joint Status Report

the Case Management Conference currently set for Monday, February 10, 2014, at 1:30 pm.

Good cause exists for granting this Stipulated Request as follows:

1.      Concurrently with this Stipulated Request, the parties are filing a Joint Status Report in which they propose a schedule for further proceedings in this matter.

2.      As the Court is aware, the parties previously filed cross-motions for summary judgment in this case with leave of Court and pursuant to the Court's Standing Order in Civil Cases.  The parties withdrew their respective motions to, *inter alia*, permit defendant to reprocess documents as appropriate under the Freedom of Information Act in light of the declassification of certain relevant information.  Given the unique procedural posture of this case, the parties respectfully request by this Stipulation that they be granted leave to file renewed cross-motions for summary judgment pursuant to their proposed schedule and consistent with this Court's Standing Order.

3.      In particular, the parties propose a schedule for renewed cross-motions for summary judgment as follows:

| | |
|---|---|
| Defendant's motion and opening brief: | March 21, 2014 |
| Plaintiff's cross-motion and opening brief: | April 18, 2014 |
| Defendant's cross-opposition and reply: | May 2, 2014 |
| Plaintiff's reply: | May 16, 2014 |
| Hearing, if any: | At the Court's convenience |

4.      The parties believe the jointly proposed schedule will allow this matter to proceed consistent with judicial economy, conservation of the parties' resources, and in the interests of justice.  Therefore, as noted, the parties respectfully request by this Stipulation that the Court enter this schedule.

5.      Undersigned counsel for defendant, who works in Washington, D.C., has scheduling conflicts on February 10-13 and February 22.  The parties accordingly respectfully request by this Stipulation that the Court vacate the Case Management Conference currently set for February 10, 2014 at 1:30 p.m. and, should the Court wish, reschedule the Case Management Conference for a date at the Court's convenience on or after February 23, 2014.

Dated: February 3, 2014                    Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

   /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:     (202) 305-0167
Facsimile:     (202) 616-8470
Steven.Bressler@usdoj.gov

*Counsel for the U.S. Department of Justice*

        /s/ Mark Rumold (by permission)
MARK RUMOLD
    ELECTRONIC FRONTIER FOUNDATION
    815 Eddy St.
    San Francisco, CA  94110
    mark@eff.org

*Counsel for the Electronic Frontier Foundation*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____                          _____

                                         Hon. YVONNE GONZALEZ ROGERS
                                         United States District Judge

## CERTIFICATION

I attest that I have obtained the concurrence of Mark Rumold, counsel for Defendant, in the filing of this document.

                        /s/ Steven Y. Bressler
                        STEVEN Y. BRESSLER

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I caused a copy of the foregoing to be served on counsel for plaintiff via the Court's ECF system.

                        /s/ Steven Y. Bressler
                        STEVEN Y. BRESSLER