STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

 P.O. Box 883
 Washington, D.C.  20044
 Telephone:  (202) 305-0167
 Facsimile:  (202) 616-8470
 Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendant. )<br>)<br>) | Case No. 4:11-cv-05221-YGR<br><br>ORDER GRANTING **REQUEST TO SET BRIEFING SCHEDULE AND TO VACATE OR RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Plaintiff ELECTRONIC FRONTIER FOUNDATION and defendant THE UNITED STATES DEPARTMENT OF JUSTICE hereby respectfully request, by stipulation, that this Court set a briefing schedule for renewed cross-motions for summary judgment and reschedule

Case No. 4:11-cv-05221-YGR

the Case Management Conference currently set for Monday, February 10, 2014, at 1:30 pm. Good cause exists for granting this Stipulated Request as follows:

1.      Concurrently with this Stipulated Request, the parties are filing a Joint Status Report in which they propose a schedule for further proceedings in this matter.

2.      As the Court is aware, the parties previously filed cross-motions for summary judgment in this case with leave of Court and pursuant to the Court's Standing Order in Civil Cases.  The parties withdrew their respective motions to, *inter alia*, permit defendant to reprocess documents as appropriate under the Freedom of Information Act in light of the declassification of certain relevant information.  Given the unique procedural posture of this case, the parties respectfully request by this Stipulation that they be granted leave to file renewed cross-motions for summary judgment pursuant to their proposed schedule and consistent with this Court's Standing Order.

3.      In particular, the parties propose a schedule for renewed cross-motions for summary judgment as follows:

| | |
|---|---|
| Defendant's motion and opening brief: | March 21, 2014 |
| Plaintiff's cross-motion and opening brief: | April 18, 2014 |
| Defendant's cross-opposition and reply: | May 2, 2014 |
| Plaintiff's reply: | May 16, 2014 |
| Hearing, if any: | At the Court's convenience |

4.      The parties believe the jointly proposed schedule will allow this matter to proceed consistent with judicial economy, conservation of the parties' resources, and in the interests of justice.  Therefore, as noted, the parties respectfully request by this Stipulation that the Court enter this schedule.

Case No. 4:11-cv-05221-YGR

2

5. Undersigned counsel for defendant, who works in Washington, D.C., has scheduling conflicts on February 10-13 and February 22. The parties accordingly respectfully request by this Stipulation that the Court vacate the Case Management Conference currently set for February 10, 2014 at 1:30 p.m. and, should the Court wish, reschedule the Case Management Conference for a date at the Court's convenience on or after February 23, 2014.

Dated: February 3, 2014                                  Respectfully submitted,

                                                         STUART F. DELERY
                                                         Assistant Attorney General

                                                         MELINDA HAAG
                                                         United States Attorney

                                                         ELIZABETH J. SHAPIRO
                                                         Deputy Director, Federal Programs Branch

                                                           /s/ Steven Y. Bressler_____
                                                         STEVEN Y. BRESSLER D.C. Bar #482492
                                                         Senior Counsel
                                                         U.S. Department of Justice
                                                         Civil Division, Federal Programs Branch
                                                         P.O. Box 883
                                                         Washington, D.C. 20044
                                                         Telephone:     (202) 305-0167
                                                         Facsimile:     (202) 616-8470
                                                         Steven.Bressler@usdoj.gov

                                                         *Counsel for the U.S. Department of Justice*


                                                              /s/ Mark Rumold (by permission)_____
                                                         MARK RUMOLD
                                                            ELECTRONIC FRONTIER FOUNDATION
                                                            815 Eddy St.
                                                            San Francisco, CA  94110
                                                            mark@eff.org

                                                         *Counsel for the Electronic Frontier Foundation*

Case No. 4:11-cv-05221-YGR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, the Case Management Conference currently set for February 10, 2014, is VACATED. The briefing schedule set forth above is APPROVED. The parties shall appear for a pre-filing conference on the cross motions on Monday, March 3, 2014, at 1:00 p.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: February 6, 2014

Hon. YVONNE GONZALEZ ROGERS
United States District Judge

Case No. 4:11-cv-05221-YGR