UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date:  March 3, 2014          JUDGE: Yvonne Gonzalez Rogers

Case No:  C-11-5221- YGR     Time: 1:00pm-1:25pm

Case Name: Electronic Frontier Foundation v Dept of Justice

Attorney(s) for Plaintiff: Mark Rumold
Attorney(s) for Defendant: Steven Bressler

Deputy Clerk: Frances Stone           Court Reporter: Raynee Mercado

PROCEEDINGS

Pre-filing Conference re Motion for Summary Judgment- HELD

Cross-Motions for Summary Judgment hearing: Tuesday, 6/3/2014 at 2:00pm in Courtroom 1, 4th Floor.

Defendant to file motion and opening brief by  3/21/14; Plaintiff's cross motion and opening brief filed 4/18/14; Defendant's cross-opposition and reply filed 5/2/16; Plaintiff's reply filed 5/16/14.