UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***AMENDED***CIVIL MINUTES

Date:  March 3, 2014            JUDGE: Yvonne Gonzalez Rogers

Case No:  C-11-5221- YGR        Time: 1:00pm-1:25pm

Case Name: Electronic Frontier Foundation v Dept of Justice

Attorney(s) for Plaintiff: Mark Rumold
Attorney(s) for Defendant: Steven Bressler

Deputy Clerk: Frances Stone            Court Reporter: Raynee Mercado

PROCEEDINGS

Pre-filing Conference re Motion for Summary Judgment- HELD


Cross-Motions for Summary Judgment hearing: Tuesday, 6/3/2014 at 2:00pm in Courtroom 1, 4th Floor.

Defendant to file motion and opening brief by  3/21/14; Plaintiff's cross motion and opening brief filed 4/18/14; Defendant's cross-opposition and reply filed*** 5/2/14; Plaintiff's reply filed 5/16/14.