STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

 P.O. Box 883
 Washington, D.C. 20044
 Telephone: (202) 305-0167
 Facsimile: (202) 616-8470
 Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No. 4:11-cv-05221-YGR<br><br>**STIPULATED REQUEST TO SET EXTEND DEADLINE FOR DEFENDANT'S SUMMARY JUDGMENT MOTION BY ONE WEEK** |

Plaintiff ELECTRONIC FRONTIER FOUNDATION and defendant THE UNITED STATES DEPARTMENT OF JUSTICE hereby respectfully request, by stipulation, that this Court extend by one week the deadline for defendant to file its Motion for Summary Judgment

Case No. 4:11-cv-05221-YGR
Stipulated Request

and memorandum in support from March 21 to March 28, 2014.  Good cause exists for granting this Stipulated Request as follows:

1.	The parties previously jointly proposed, and the Court has entered, a briefing schedule under which defendant's motion and opening brief are due March 21, 2014; plaintiff's cross-motion and opening brief are due April 18, 2014; defendant's cross-opposition and reply is due May 2, 2014; and plaintiff's reply is due May 16, 2014.  (ECF Nos. 72, 74)  The Court subsequently set the parties' cross-motions for hearing on June 3, 2014.  (ECF No. 74)

2.	A senior Federal Bureau of Investigation ("FBI") official who must review a portion of defendant's supporting declaration or declarations is unavailable until March 25, 2014.  For that reason, defendant requires an extension of one week to file its renewed Motion for Summary Judgment.

3.	The parties do not seek to change any of the other pending deadlines in this action, and so the granting of this Stipulated Request would not otherwise alter the briefing schedule or require the Court to reschedule the June 3 hearing date in this matter.

WHEREFORE, for good cause shown, the parties respectfully request that the Court grant this Stipulated Request.

Dated: March 13, 2014                              Respectfully submitted,

                          STUART F. DELERY
                          Assistant Attorney General

                          MELINDA HAAG
                          United States Attorney

                          ELIZABETH J. SHAPIRO
                          Deputy Director, Federal Programs Branch

                            /s/ Steven Y. Bressler
                          STEVEN Y. BRESSLER D.C. Bar #482492
                          Senior Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:      (202) 305-0167
Facsimile:      (202) 616-8470
Steven.Bressler@usdoj.gov

*Counsel for the U.S. Department of Justice*

    /s/ Mark Rumold (by permission)
MARK RUMOLD
   ELECTRONIC FRONTIER FOUNDATION
   815 Eddy St.
   San Francisco, CA  94110
   mark@eff.org

*Counsel for the Electronic Frontier Foundation*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____

Hon. YVONNE GONZALEZ ROGERS
United States District Judge

**CERTIFICATION**

    I attest that I have obtained the concurrence of Mark Rumold, counsel for Defendant, in the filing of this document.

    /s/ Steven Y. Bressler
STEVEN Y. BRESSLER

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2014, I caused a copy of the foregoing to be served on counsel for plaintiff via the Court's ECF system.

    /s/ Steven Y. Bressler
STEVEN Y. BRESSLER