STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

  P.O. Box 883
  Washington, D.C.  20044
  Telephone:  (202) 305-0167
  Facsimile:  (202) 616-8470
  Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:11-cv-05221-YGR |
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST TO SET EXTEND DEADLINE FOR DEFENDANT'S SUMMARY JUDGMENT MOTION BY ONE WEEK** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Plaintiff ELECTRONIC FRONTIER FOUNDATION and defendant THE UNITED STATES DEPARTMENT OF JUSTICE hereby respectfully request, by stipulation, that this Court extend by one week the deadline for defendant to file its Motion for Summary Judgment

Case No. 4:11-cv-05221-YGR
Stipulated Request

and memorandum in support from March 21 to March 28, 2014.  Good cause exists for granting this Stipulated Request as follows:

1.	The parties previously jointly proposed, and the Court has entered, a briefing schedule under which defendant's motion and opening brief are due March 21, 2014; plaintiff's cross-motion and opening brief are due April 18, 2014; defendant's cross-opposition and reply is due May 2, 2014; and plaintiff's reply is due May 16, 2014.  (ECF Nos. 72, 74)  The Court subsequently set the parties' cross-motions for hearing on June 3, 2014.  (ECF No. 74)

2.	A senior Federal Bureau of Investigation ("FBI") official who must review a portion of defendant's supporting declaration or declarations is unavailable until March 25, 2014. For that reason, defendant requires an extension of one week to file its renewed Motion for Summary Judgment.

3.	The parties do not seek to change any of the other pending deadlines in this action, and so the granting of this Stipulated Request would not otherwise alter the briefing schedule or require the Court to reschedule the June 3 hearing date in this matter.

WHEREFORE, for good cause shown, the parties respectfully request that the Court grant this Stipulated Request.

Dated: March 13, 2014        Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

  /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Senior Counsel

        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        P.O. Box 883
        Washington, D.C. 20044
        Telephone:    (202) 305-0167
        Facsimile:     (202) 616-8470
        Steven.Bressler@usdoj.gov

*Counsel for the U.S. Department of Justice*


        /s/ Mark Rumold (by permission)
        MARK RUMOLD
          ELECTRONIC FRONTIER FOUNDATION
          815 Eddy St.
          San Francisco, CA  94110
          mark@eff.org

*Counsel for the Electronic Frontier Foundation*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 18, 2014

        Hon. YVONNE GONZALEZ ROGERS
        United States District Judge