UNCLASSIFIED

Electronic Frontier Foundation v. U.S. Department of Justice, Case No.: 11-cv-5221 (YGR) (page 1 of 4)

| Doct # | Date | Description of Document | Status | Exemption | # of pages | Classification Marking/Scoping Determination |
|---|---|---|---|---|---|---|
| 13B | 1/28/2009 | BR 08-13 FISC Order signed by Judge Walton (non-identical duplicate of document 33) | Released in Part | (b)(1); (b)(3) | 5 | TOP SECRET |
| 13G | 3/2/2009 | BR 08-13 FISC Order (non-identical duplicate of document 39 and 100) | Released in Part | (b)(1); (b)(3) | 21 | TOP SECRET |
| 14A | 8/20/2008 | FISC opinion as produced to Congress (non-identical duplicate of 52 and 87A) | Withheld in Full | (b)(1); (b)(3) | 6 | TOP SECRET |
| 30 | 12/12/2008 | BR 08-13 FISC Opinion signed by Judge Walton (non-identical duplicate of document 51 and 88B) | Released in Part | (b)(1); (b)(3) | 5 | TOP SECRET |
| 33 | 1/28/2009 | BR 08-13 FISC Order signed by Judge Walton (non-identical duplicate of document 13B) | Released in Part | (b)(1); (b)(3) | 5 | TOP SECRET |
| 35 | 9/25/2009 | FISC Order | Released in Part | (b)(1); (b)(3) | 5 | TOP SECRET |
| 36 | 9/3/2009 | FISC Orders | Released in Part | (b)(1); (b)(3) | 29 | TOP SECRET |
| 39 | 3/2/2009 | BR 08-13 FISC Order (non-identical duplicate of document 13G and 100) | Released in Part | (b)(1); (b)(3) | 21 | TOP SECRET |
| 48 | 6/22/2009 | BR 09-06 FISC Order (This is a non-identical duplicate of document 101. An updated version of document 101 with certain redactions removed was released on November 25, 2013). | Released in Part | (b)(1); (b)(3) | 12 | TOP SECRET |

**UNCLASSIFIED**

Electronic Frontier Foundation v. U.S. Department of Justice, Case No.: 11-cv-5221 (YGR) (page 2 of 4)

| Doct # | Date | Description of Document | Status | Exemption | # of pages | Classification Marking/Scoping Determination |
|---|---|---|---|---|---|---|
| 51 | 12/12/2008 | BR 08-13 FISC Opinion signed by Judge Walton as redacted for Production to Congress (non-identical duplicate of document 30 and 88B) | Released in Part | (b)(1); (b)(3) | 5 | TOP SECRET |
| 52 | 8/20/2008 | FISC opinion (non-identical duplicate of 14A and 87) | Withheld in Full | (b)(1); (b)(3) | 6 | TOP SECRET |
| 53 | 11/5/2009 | BR 09-15 Supplemental opinion and order | Released in Part | (b)(1); (b)(3) | 7 | TOP SECRET |
| 82B | 10/31/2006 | FISC Order (non-identical duplicate of 84 and part of 86J) | Withheld in Full | (b)(1); (b)(3) | 15 | SECRET |
| 82C | 10/31/2006 | FISC Order (non-identical duplicate of part of 86J) | Withheld in Full | (b)(1); (b)(3) | 4 | SECRET |
| 84 | 10/31/2006 | FISC Order (non-identical duplicate of 82B and part of 86J) | Withheld in Full | (b)(1); (b)(3) | 15 | SECRET |
| 86B | 5/24/2006 | BR 06-05 Order | Released in Part | (b)(1); (b)(3) | 10 | TOP SECRET |
| 86J | 10/31/2006 | FISC Orders (non-identical duplicate of 82B and 82C) | Withheld in Full | (b)(1); (b)(3) | 19 | SECRET |

UNCLASSIFIED

**Electronic Frontier Foundation v. U.S. Department of Justice, Case No.: 11-cv-5221 (YGR) (page 3 of 4)**

| Doct # | Date | Description of Document | Status | Exemption | # of pages | Classification Marking/Scoping Determination |
|---|---|---|---|---|---|---|
| 87A | 8/20/2008 | FISC Opinion as produced to Congress (non-identical duplicate of 14A and 52) | Withheld in Full | (b)(1); (b)(3) | 6 | TOP SECRET |
| 88B | 12/12/2008 | BR 08-13 FISC Opinion signed by Judge Walton as redacted for Production to Congress (non-identical duplicate of document 30 and 51) | Released in Part | (b)(1); (b)(3) | 5 | TOP SECRET |
| 88D | 11/23/2010 | FISC opinion and orders produced to Congress (non-identical duplicate of document 103) | Withheld in Full | (b)(1); (b)(3); (b)(7)(A) | 7 | TOP SECRET |
| 89D | 2/17/2006 | FISC Orders (not related to bulk collection) | Withheld in Full | (b)(1); (b)(3); (b)(6); (b)(7)(C); (b)(7)(E) | 17 | SECRET |
| 89K | 2/24/2006 | FISC Orders (not related to bulk collection) | Withheld in Full | (b)(1); (b)(3); (b)(7)(E) | 8 | SECRET |
| 89S | 12/16/2005 | FISC Orders (not related to bulk collection) | Withheld in Full | (b)(1); (b)(3); (b)(6); (b)(7)(C); (b)(7)(E) | 16 | SECRET |
| 100 | 3/2/2009 | BR 08-13 FISC order (non-identical duplicate of document 13G and 39) | Released in Part | (b)(1); (b)(3) | 20 | TOP SECRET |

UNCLASSIFIED

**UNCLASSIFIED**

**Electronic Frontier Foundation v. U.S. Department of Justice, Case No.: 11-cv-5221 (YGR) (page 4 of 4)**

| Doct # | Date | Description of Document | Status | Exemption | # of pages | Classification Marking/Scoping Determination |
|---|---|---|---|---|---|---|
| 101 | 6/22/2009 | BR 09-06 FISC Order (This is a non-identical duplicate of document 48. An updated version of this document with certain redactions removed was released on November 25, 2013). | Released in Part | (b)(1); (b)(3) | 8 | TOP SECRET |
| 103 | 11/23/2010 | FISC order and opinion (non-identical duplicate of document 88D) | Released in Part | (b)(1); (b)(3); (b)(7)(A) | 7 | TOP SECRET |