UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:11-cv-05221-YGR |
| Plaintiff, | **[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Upon consideration of defendant's Motion for Summary Judgment, plaintiff's opposition, and the entire record herein, it is hereby **ORDERED** that defendant's Motion for Summary Judgment is **GRANTED**. It is further **ORDERED** that the Prayer for Relief in plaintiff's Amended Complaint is **DENIED**. The Clerk is directed to enter judgment for defendant, the United States Department of Justice, on a separate document pursuant to Federal Rule of Civil Procedure 58.

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

Case No. 4:11-cv-05221-YGR
[Proposed] Order Granting Defendant's Motion for Summary Judgment