STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0167
Facsimile:  (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Case No. 4:11-cv-05221-YGR |
| ) | |
| Plaintiff, ) | |
| v. ) | **NOTICE OF LODGING** |
| ) | **CLASSIFIED DECLARATION** |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PLEASE TAKE NOTICE that on March 28, 2014, consistent with the procedures for handling of classified information discussed in undersigned counsel's November 15, 2012 Letter to the Court (ECF No. 39), defendant lodged with a Department of Justice Classified Information Security Officer for *ex parte* submission to the Court the Classified Declaration of Jennifer L.

Case No. 4:11-cv-05221-YGR
Notice of Lodging Classified Declaration

1  Hudson in support of defendant's Renewed Motion for Summary Judgment.  Ms. Hudson's
2  classified declaration and its submission are discussed in defendant's Memorandum of Points
3  and Authorities in support of its Renewed Motion for Summary Judgment.  *See* ECF No. 77 at
4  13-14 & n.4.

Dated: April 1, 2014                           Respectfully submitted,

                                               STUART F. DELERY
                                               Assistant Attorney General

                                               MELINDA HAAG
                                               United States Attorney

                                               ELIZABETH J. SHAPIRO
                                               Deputy Director, Federal Programs Branch

                                                 /s/ Steven Y. Bressler
                                               STEVEN Y. BRESSLER D.C. Bar #482492
                                               Senior Counsel
                                               U.S. Department of Justice
                                               Civil Division, Federal Programs Branch
                                               P.O. Box 883
                                               Washington, D.C. 20044
                                               Telephone:     (202) 305-0167
                                               Facsimile:     (202) 616-8470
                                               Steven.Bressler@usdoj.gov

                                               Counsel for the U.S. Department of Justice