Mark Rumold (SBN 279060)
*mark@eff.org*
Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:11-cv-05221-YGR |
| Plaintiff, | **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | Date: June 3, 2014<br>Time: 2:00 p.m.<br>Courtroom 1 – 4th Floor<br>Hon. Yvonne Gonzalez Rogers |

1  This matter came for hearing before the Court on Defendants' Motion for Summary
2  Judgment and Plaintiff's Cross Motion for Summary Judgment. Having given full consideration to
3  all the parties' papers and evidence, the relevant authorities, and the oral presentations of counsel,
4  and good cause appearing, in accordance with Fed. R. Civ. P. 56, it is **HEREBY ORDERED** that
5  Defendants' motion for summary judgment is **DENIED**. It is **FURTHER ORDERED** that
6  Plaintiff's cross-motion for summary judgment is **GRANTED**.
7  **IT IS SO ORDERED.**

  DATED: _____          _____
                                              HON. YVONNE GONZALEZ ROGERS
                                              DISTRICT COURT JUDGE