STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0167
Facsimile:  (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Case No. 4:11-cv-05221-YGR |
| ) | |
| Plaintiff, ) | |
| v. ) | **NOTICE OF LODGING** |
| ) | **CLASSIFIED DECLARATION** |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

PLEASE TAKE NOTICE that on May 2, 2014, consistent with the procedures for handling of classified information discussed in undersigned counsel's November 15, 2012 Letter to the Court (ECF No. 39), defendant lodged with a Department of Justice Classified Information Security Officer for *ex parte* submission to the Court the Classified Declaration of the Chief,

Case No. 4:11-cv-05221-YGR
Notice of Lodging Classified Declaration

Operations Section, Office of Intelligence, U.S. Department of Justice, in support of defendant's Renewed Motion for Summary Judgment and in opposition to plaintiff's Cross-Motion for Summary Judgment. This declaration and its submission are discussed in defendant's Consolidated Memorandum of Points and Authorities in opposition to plaintiff's cross-motion and in further support of defendant's Renewed Motion for Summary Judgment.

Dated: May 2, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

 /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:     (202) 305-0167
Facsimile:     (202) 616-8470
Steven.Bressler@usdoj.gov

Counsel for the U.S. Department of Justice