UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

Date:  June 3, 2014                              JUDGE: Yvonne Gonzalez Rogers

Case No:  C-11-5221- YGR                    Time:2:39pm-3:22pm

Case Name: Electronic Frontier Foundation v Department of Justice

Attorney(s) for Plaintiff:        Mark Rumold

Attorney(s) for Defendant:   Steven Bressler
                              Elizabeth Shapiro

Deputy Clerk: Frances Stone              Court Reporter: Diane Skillman

### PROCEEDINGS

Defendant's Motion for Summary Judgment- [Dkt. No. 77]- HELD AND SUBMITTED

Plaintiff's Cross-Motion for Summary Judgment [Dkt. No. 79]- HELD AND SUBMITTED



Order to be prepared by:     Court