Mark Rumold (SBN 279060)
*mark@eff.org*
Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993


Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　　　　　Defendant. | Case No. 4:11-cv-05221-YGR<br><br>**NOTICE OF RECENT ORDER AND NOTICE OF CLARIFICATION** |

**NOTICE OF RECENT ORDER**

Plaintiff respectfully offers for the Court's consideration a minute order issued on June 11 in *Electronic Frontier Foundation v. Dep't of Justice*, 12-cv-01441 (D.D.C. June 11, 2014) (ABJ). Although submitted without argument, plaintiff respectfully offers this additional context to aid the Court's review.

As EFF described in its moving papers (*see* Pl. Cross-Motion for Summary Judgment at 25 (ECF No. 79)), the 12-1441 case concerns a separate Foreign Intelligence Surveillance Court opinion (concerning a different topic than those at issue in this case) that was initially withheld in full from EFF and the public; then, like here, the government released portions of the opinion after conducting a similar "line-by-line review" of the withheld document as part of its "large-scale, multi-agency review process." Declaration of Jennifer L. Hudson, ¶¶ 51,17 (filed in *EFF v. Dep't of Justice*, 12-cv-01441 (D.D.C. Sept. 4, 2013) (ECF No. 16-2)). Nevertheless, and following summary judgment briefing, Judge Jackson ordered the government to produce an unredacted version of the opinion for the court's *in camera* inspection. *See* Minute Order, *EFF v. Dep't of Justice*, 12-cv-01441 (D.D.C. Mar. 25, 2014). Following *in camera* review, Judge Jackson has now identified at least 13 areas of concern regarding the government's withholdings and has ordered the government to submit additional briefing on the identified issues.

The text of the minute order is attached hereto in its entirety.

**NOTICE OF CLARIFICATION**

The Court heard oral argument from the parties in this case on June 3, 2014. *See* ECF No. 82. At oral argument, counsel for plaintiff mistakenly represented that only 52 pages of publicly-identified[1] FISA court opinions remain at issue in this case. That representation inadvertently excluded 14 pages from the total. Accordingly, and to clarify, EFF believes 66 pages of publicly-identified FISC opinions remain at issue, consisting of the following five opinions and orders:

---

[1] As described in its moving papers, plaintiff believes that additional, responsive FISC opinions may exist, but the government has chosen—without justification—to only describe some opinions publicly. *See* Plaintiff's Reply at 2 n.2 (ECF No. 81). Accordingly, the number of pages that remain at issue may be greater than 66.

1

(1) FISC opinion dated 8/20/2008 (6 pages)

(2) FISC order dated 10/31/2006 (19 pages)

(3) FISC orders dated 2/17/2006 (17 pages)

(4) FISC orders dated 2/24/2006 (8 pages)

(5) FISC orders dated 12/16/2005 (16 pages)

*See Vaughn* Index at 1-3 (Doc. No. 14A, 86J, 89D, 89K, 89S) (ECF No. 77-2). Counsel for plaintiff regrets the error.

DATED: June 13, 2014                                Respectfully submitted,

                                                  */s/ Mark Rumold*
                                                Mark Rumold
                                                Jennifer Lynch
                                                ELECTRONIC FRONTIER FOUNDATION
                                                815 Eddy Street
                                                San Francisco, CA 94109
                                                Telephone: (415) 436-9333
                                                Facsimile: (415) 436-9993

                                                Attorneys for Plaintiff
                                                ELECTRONIC FRONTIER FOUNDATION

# Exhibit A

# Exhibit A

Minute Order issued in *EFF v. Dep't of Justice,* 12-cv-01441 (D.D.C. June 11, 2014) (ABJ)

> MINUTE ORDER. On March 25, 2014, the Court ordered defendant to provide the October 2011 FISC Opinion for in camera review. The Court has completed that review but needs further information from defendant regarding certain redactions. First, with respect to the many redactions of docket information, the Court notes that paragraph 30 of the Declaration of Jennifer L. Hudson [Dkt. # 16-2] states that the redactions contain dates and targets, and therefore disclosure would threaten national security. But many of the redactions are of docket numbers or dates only, so it is ORDERED that defendant shall provide further explanation as to why that sort of purely numerical information cannot be disclosed as long as any reference to particular targets remain classified. Second, it is FURTHER ORDERED that defendant shall notify the Court: (1) why, in light of the unredacted paragraph that begins on page three, any reference to the number of previous acquisitions in the opinion needs to be withheld; (2) why the material in the 10th line of the first paragraph in section I.A on page 3 is classified, taking into consideration the rest of the sentence that has already been disclosed and what is disclosed in footnote 17 on page 18; (3) the reason why the end of footnote 9 is redacted; (4) the reason for the redaction of the reference that is not a docket number within lines 2-4 at the top of page 16; (5) the reason for the redactions other than docket numbers on page 23; (6) the reason for the redaction on page 24; (7) the reason for the redaction on page 25; (8) the reason for the redaction in footnote 49 on page 54; (9) the reason for the redaction in the 5th line of the first paragraph under section B; (10) the reason for the redacted lines at the bottom of page 21 and onto page 22; (11) the reason for the redactions, other than the docket numbers, in the first full paragraph on page 22 beginning with "Furthermore;" and (12) the reason for the reactions on page 73. This information shall be provided on or before July 2, 2014. Signed by Judge Amy Berman Jackson on 6/11/2014. (lcabj1) (Entered: 06/11/2014)