| | |
|---|---|
| 1 | STUART F. DELERY |
| | Assistant Attorney General |
| 2 | MELINDA HAAG |
| | United States Attorney |
| 3 | ELIZABETH J. SHAPIRO |
| | Deputy Branch Director |
| 4 | STEVEN Y. BRESSLER D.C. Bar No. 482492 |
| 5 | Senior Counsel |
| | United States Department of Justice |
| 6 | Civil Division, Federal Programs Branch |
| 7 | |
| | P.O. Box 883 |
| 8 | Washington, D.C.  20044 |
| | Telephone:  (202) 305-0167 |
| 9 | Facsimile:  (202) 616-8470 |
| 10 | Email: Steven.Bressler@usdoj.gov |
| 11 | Attorneys for the United States Department of Justice |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Case No. 4:11-cv-05221-YGR |
| ) | |
| Plaintiff, ) | |
| v. ) | **NOTICE OF LODGING** |
| ) | **CLASSIFIED DOCUMENTS FOR THE** |
| UNITED STATES DEPARTMENT OF ) | **COURT'S REVIEW** *IN CAMERA* |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

PLEASE TAKE NOTICE that on June 13, 2014, pursuant to the Court's Order of that date (ECF No. 85), consistent with the procedures for handling of classified information discussed in undersigned counsel's November 15, 2012 Letter to the Court (ECF No. 39), defendant lodged with a Department of Justice Classified Information Security Officer for *ex*

Case No. 4:11-cv-05221-YGR
Notice of Lodging

1  *parte* submission to the Court the documents specified by the Court.  *See* Order, ECF No. 85, at
2  3 (citing Vaughn Index, ECF No. 77-2, at 1-3, Doc. Nos. 14A, 86J, 89D, 89K, 89S).
3        The documents submitted to the Court in response to the Court's Order of June 13 are
4  originals as found in defendant's search and include no redactions taken in response to plaintiff's
5  request or pursuant to the FOIA.  These documents, however, include documents as they were
6  submitted to Congress pursuant to 50 U.S.C. § 1871(c) & (d).  Accordingly, the documents
7  found in defendant's search for documents responsive to plaintiff's FOIA request and now
8  lodged for submission to the Court include <u>prior</u> redactions taken pursuant to § 1871(d) in
9  preparation for submission to Congress pursuant to § 1871(c).

Dated: June 16, 2014                Respectfully submitted,

                                    STUART F. DELERY
                                    Assistant Attorney General

                                  MELINDA HAAG
                                  United States Attorney

                                  ELIZABETH J. SHAPIRO
                                  Deputy Director, Federal Programs Branch

                                  /s/ Steven Y. Bressler
                                  STEVEN Y. BRESSLER D.C. Bar #482492
                                  Senior Counsel
                                  U.S. Department of Justice
                                  Civil Division, Federal Programs Branch
                                  P.O. Box 883
                                  Washington, D.C. 20044
                                  Telephone:     (202) 305-0167
                                  Facsimile:     (202) 616-8470
                                  Steven.Bressler@usdoj.gov

                                  Counsel for the U.S. Department of Justice