STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0167
Facsimile:  (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Case No. 4:11-cv-05221-YGR |
| ) | |
| Plaintiff, ) | |
| v.  ) | **NOTICE OF RECENT AUTHORITY** |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Defendant, the United States Department of Justice, respectfully brings to the Court's attention a recent Memorandum Opinion in *Electronic Frontier Found. v. Dep't of Justice*, 12-cv-01441-ABJ (D.D.C. July 18, 2014) that may be relevant to the Court's adjudication of the parties' pending cross-motions for summary judgment.  Plaintiff earlier brought a June 11, 2014

Case No. 4:11-cv-05221-YGR
Notice of Recent Authority

Minute Order in that District of Columbia case to the Court's attention. (ECF No. 84.) In this opinion, the U.S. District Court for the District of Columbia, Hon. Amy Berman Jackson, granted the government's Motion for Summary Judgment and denied plaintiff's cross-motion for summary judgment. A copy of Judge Jackson's Memorandum Opinion is filed herewith.

Dated: July 18, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

  /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:    (202) 305-0167
Facsimile:    (202) 616-8470
Steven.Bressler@usdoj.gov

Counsel for the U.S. Department of Justice