STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0167
Facsimile:  (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Case No. 4:11-cv-05221-YGR |
| ) | |
| Plaintiff, ) | |
| v. ) | **NOTICE OF LODGING** |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

PLEASE TAKE NOTICE that on July 24, 2014, pursuant to this Court's Order of that date (ECF No. 88), defendant lodged with the Court *ex parte* for its review *in camera* a memorandum of the Office of Legal Counsel dated January 4, 2010, which provided advice to the Department of Commerce regarding the interaction between disclosure provisions in the

Patriot Act, and prohibitions on disclosure in the Census Act ("the Census Memorandum"). That memorandum is responsive to plaintiff's Freedom of Information Act ("FOIA") request, as narrowed by the parties, that is the subject of this litigation. The Department of Justice has withheld the memorandum as protected in its entirety by the deliberative process privilege and therefore exempt from disclosure under FOIA, 5 U.S.C. § 552(b)(5).

The Court also ordered defendant to provide for the Court's *in camera* review the complete application of the Department of Justice in connection with which the Census Memorandum was submitted to the Foreign Intelligence Surveillance Court (the "application"). Defendant notes that the application, which is classified, is not responsive to plaintiff's FOIA request as narrowed by the parties. On July 24, 2014, and consistent with the procedures for handling of classified information discussed in undersigned counsel's November 15, 2012 Letter to the Court (ECF No. 39), defendant lodged the application with a Department of Justice Classified Information Security Officer for *ex parte* submission to the Court.

Dated: July 25, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

  /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:     (202) 305-0167
Facsimile:      (202) 616-8470
Steven.Bressler@usdoj.gov

*Counsel for the U.S. Department of Justice*