| | |
|---|---|
| 1 | STUART F. DELERY |
| | Assistant Attorney General |
| 2 | MELINDA HAAG |
| | United States Attorney |
| 3 | ELIZABETH J. SHAPIRO |
| | Deputy Branch Director |
| 4 | STEVEN Y. BRESSLER D.C. Bar No. 482492 |
| 5 | Senior Counsel |
| | United States Department of Justice |
| 6 | Civil Division, Federal Programs Branch |

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0167
Facsimile:  (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Case No. 4:11-cv-05221-YGR |
| ) | |
| Plaintiff, ) | **JOINT NOTICE OF SUBMISSION OF** |
| v. ) | **PROPOSED JUDGMENT** |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

      Pursuant to this Court's Order (ECF No. 90) on the parties' cross-motions for summary judgment, plaintiff ELECTRONIC FRONTIER FOUNDATION and defendant THE UNITED STATES DEPARTMENT OF JUSTICE hereby respectfully submit to the Court a proposed form of judgment, approved as to form by both parties.

Case No. 4:11-cv-05221-YGR
Joint Notice

Dated: August 28, 2014						Respectfully submitted,

								STUART F. DELERY
								Assistant Attorney General

								MELINDA HAAG
								United States Attorney

								ELIZABETH J. SHAPIRO
								Deputy Director, Federal Programs Branch

								  /s/ Steven Y. Bressler_____
								STEVEN Y. BRESSLER D.C. Bar #482492
								Senior Counsel
								U.S. Department of Justice
								Civil Division, Federal Programs Branch
								P.O. Box 883
								Washington, D.C. 20044
								Telephone:     (202) 305-0167
								Facsimile:     (202) 616-8470
								Steven.Bressler@usdoj.gov

								*Counsel for the U.S. Department of Justice*


									 /s/ Mark Rumold (by permission)
								MARK RUMOLD
								    ELECTRONIC FRONTIER FOUNDATION
								    815 Eddy St.
								    San Francisco, CA  94110
								    mark@eff.org

								*Counsel for the Electronic Frontier Foundation*


**CERTIFICATION**

   I attest that I have obtained the concurrence of Mark Rumold, counsel for Defendant, in the filing of this document.
				/s/ Steven Y. Bressler
				STEVEN Y. BRESSLER

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 27, 2014, I caused a copy of the foregoing to be served on counsel for plaintiff via the Court's ECF system.

                                       /s/ Steven Y. Bressler
                                       STEVEN Y. BRESSLER