# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Case No. 4:11-cv-05221-YGR |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] **JUDGMENT** |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Court's Order of August 11, 2014 granting in part and denying in part each party's motion for summary judgment, *see* ECF No. 90, **JUDGMENT IS HEREBY ENTERED** for plaintiff on plaintiff's cause of action for wrongful withholding of agency records as to the withholding of the Office of Legal Counsel memorandum from that Office to the Department of Commerce dated January 4, 2010, and discussed in the Court's Order; and **JUDGMENT IS HEREBY ENTERED** for defendant on all other withholdings of information subject to the parties' cross-motions for summary judgment as discussed in their Joint Status Report dated February 3, 2014 (ECF No. 70).

1  Execution of this Judgment as to disclosure of the Office of Legal Counsel memorandum
2  is STAYED for 75 days from the date of this Judgment or pending the final resolution of any
3  appeal of this Court's Order (ECF No. 90) as to that memorandum, whichever is later.

**IT IS SO ORDERED** this __29th__ day of __August__, 2014.

_____
**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

Case No. 4:11-cv-05221-YGR

2