Mark Rumold (SBN 279060)
*mark@eff.org*
Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　　　　　Defendant. | Case No. 4:11-cv-05221-YGR<br><br>**CONSENT MOTION TO STAY RULE 54'S DEADLINE TO MOVE FOR AN AWARD OF ATTORNEY'S FEES AND COSTS** |

Plaintiff Electronic Frontier Foundation respectfully moves for entry of an order extending the time in which to file a motion for an award of attorney's fees and costs under Fed. R. Civ. P. 54(d)(2)(B).

On August 11, 2014, this Court issued a memorandum opinion and order partially granting and partially denying both parties' motions for summary judgment. *See* ECF No. 90. Pursuant to that order, the parties submitted a proposed judgment on August 26, 2014, which the Court signed on August 29, 2014. *See* ECF Nos. 91, 92. The judgment includes a 75-day stay of the Court's disclosure order, which the parties agreed to in order to afford the Solicitor General the opportunity to review the Court's decision and to reach a determination on seeking appellate review.

Based on the results of this litigation, EFF believes it is entitled to attorney's fees and costs. Pursuant to the requirement of Rule 54(d)(2)(B), a motion for fees and costs must "be filed no later than 14 days after the entry of judgment." Thus, under the rule, a fee motion is currently due to be filed no later than September 12, 2014. However, resolution of the question of fees is premature pending the Solicitor General's decision whether to seek appellate review and pending further negotiations between the parties. Although counsel for defendant has represented that defendant is likely to disagree with plaintiff regarding plaintiff's eligibility for or entitlement to fees, the parties have agreed to engage in further discussion of the issue.

In the interest of judicial economy, and to provide the parties with adequate opportunity to explore a potential resolution of the issue, plaintiff respectfully requests an extension of time in which to file a motion for an award of attorney's fees and costs pending further order of the Court. Counsel for defendant stated that defendant consents to the relief requested.

DATED: September 2, 2014         Respectfully submitted,

                                             */s/ Mark Rumold*
                                             Mark Rumold
                                             Jennifer Lynch
                                             ELECTRONIC FRONTIER FOUNDATION
                                             815 Eddy Street
                                             San Francisco, CA 94109

1
2
3

Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28