Mark Rumold (SBN 279060)
*mark@eff.org*
Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993


Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 4:11-cv-05221-YGR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S CONSENT MOTION TO STAY RULE 54'S DEADLINE TO MOVE FOR AN AWARD OF ATTORNEY'S FEES AND COSTS** |

1
2    Upon consideration of plaintiff's consent motion for an extension of time in which to file a
3  motion for an award of attorney's fees and costs, it is:
4    **HEREBY ORDERED** that plaintiff's motion is **GRANTED**; and it is
5    **FURTHER ORDERED** that plaintiff's deadline in which to file a motion for attorney's
6  fees and costs under Rule 54(d)(2)(B) is stayed until further order of the Court.
7
8   DATED: _____       _____
                                          HON. YVONNE GONZALEZ ROGERS
9                                         DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
[PROPOSED] ORDER GRANTING PLAINTIFF'S CONSENT MOTION TO STAY
RULE 54'S DEADLINE TO MOVE FOR AN AWARD OF ATTORNEY'S FEES
AND COSTS
CASE NO. 4:11-CV-05221-YGR