# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION**,<br><br>    Plaintiff,<br><br>vs.<br><br>**DEPARTMENT OF JUSTICE**,<br><br>    Defendant. | Case No.: 4:11-cv-05221-YGR<br><br>**ORDER GRANTING IN PART PLAINTIFF'S CONSENT MOTION RE: RULE 54 DEADLINE TO MOVE FOR AN AWARD OF ATTORNEY'S FEES AND COSTS** |

Upon consideration of plaintiff's consent motion for an extension of time in which to file a motion for an award of attorney's fees and costs, it is **ORDERED** that Plaintiff's motion is **GRANTED IN PART**.

Plaintiff's deadline by which to file a motion for attorney's fees and costs under Rule 54(d)(2)(B) is **EXTENDED** to **November 14, 2014**.

This Order is without prejudice to any further request for extension, as necessary.

**IT IS SO ORDERED.**

Date: September 3, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**