JOYCE R. BRANDA
Acting Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0167
Facsimile:  (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Case No. 4:11-cv-05221-YGR |
| ) | |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEAL** |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PLEASE TAKE NOTICE that defendant, the United States Department of Justice, hereby appeals the portion of this Court's Judgment dated August 29, 2014 (ECF No. 92) that is adverse to defendant, and the Court's denial, in part, of defendant's Motion for Summary Judgment in the Court's prior Order (ECF No. 90).

Case No. 4:11-cv-05221-YGR
Notice of Appeal

| | |
|---|---|
| Dated: October 27, 2014 | Respectfully submitted, |
| | JOYCE R. BRANDA<br>Acting Assistant Attorney General |
| | MELINDA HAAG<br>United States Attorney |
| | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch |
| |   /s/ Steven Y. Bressler<br>STEVEN Y. BRESSLER D.C. Bar #482492<br>Senior Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044<br>Telephone:    (202) 305-0167<br>Facsimile:    (202) 616-8470<br>Steven.Bressler@usdoj.gov |
| | *Counsel for the U.S. Department of Justice* |