Mark Rumold (SBN 279060)
*mark@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorney for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 4:11-cv-05221-YGR <br><br> **ORDER GRANTING STIPULATION ~~AND [PROPOSED] ORDER~~ TO CONTINUE DEADLINE FOR PLAINTIFF'S PETITION FOR FEES AND COSTS** <br><br> **AS MODIFIED BY THE COURT** |

Plaintiff Electronic Frontier Foundation and defendant Department of Justice hereby stipulate and respectfully request the Court continue the deadline for plaintiff to file a petition for attorney's fees and costs until further order of the Court. Good cause exists for the continuance, as follows:

The Court's September 3, 2014 Order (ECF No. 94) established a November 14, 2014 deadline for plaintiff to file a motion for an award of attorney's fees and costs. However, on October 27, 2014, the government filed a notice of appeal of that portion of the Court's judgment that was adverse to defendant. (ECF No. 95).

In light of the pending appeal (and its potential effect on plaintiff's fees and costs), the November 14 deadline should be continued. Accordingly, the parties respectfully request the Court extend the deadline until further order of the Court. Following the resolution of the appeal, the parties propose to meet and confer concerning plaintiff's fee petition and to file a joint status report, apprising the Court of the status of plaintiff's fee petition and of the discussions between the parties.

DATED: October 31, 2014

Respectfully submitted,

By  /s/ Mark Rumold

Mark Rumold
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA  94109
mark@eff.org

Attorney for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

DATED: October 31, 2014

JOYCE R. BRANDA
Acting Assistant Attorney General
MELINDA HAAG
United States Attorney

By:  /s/ Steven Y. Bressler (by permission)
STEVEN Y. BRESSLER
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch

-1-

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0167
Facsimile: (202) 616-8470
Steven.Bressler@usdoj.gov

Attorneys for Defendant
U.S. DEPARTMENT OF JUSTICE

GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained the concurrence of Steven Y. Bressler, counsel for Defendant, in the filing of this document.

Dated:  October 31, 2014

　　　　　　　　　　　/s/   Mark Rumold
　　　　　　　　　　MARK RUMOLD

Upon consideration of the parties' stipulation concerning an extension of time in which to file a petition for an award of attorneys' fees and costs, it is:

**ORDERED** that plaintiff's deadline in which to file a petition for attorney's fees and costs under Rule 54(d)(2)(B) is stayed until further order of the Court; and it is further

**ORDERED** that, no later than 30 days following the resolution of the appeal, the parties shall meet and confer and file a joint report on the status of plaintiff's fee petition.

The Court sets a compliance hearing regarding the status of the appeal and fee petition for Friday, May 8, 2015, at 9:01 a.m.  The parties shall file a joint status report by May 1, 2015.  If report is filed timely, the Court will not require an appearance.  IT IS SO ORDERED.

DATED: November 3, 2014

　　　　　　　　　　　　　　　　　　　　　　　
HON. YVONNE GONZALEZ ROGERS
DISTRICT COURT JUDGE