UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant - Appellant. | No. 14-17098<br><br>D.C. No. 4:11-cv-05221-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　　　　　　By: Margaret A. Corrigan
　　　　　　　　　　　　　　　　Circuit Mediator

MAC/Mediation