Mark Rumold (SBN 279060)
*mark@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:11-cv-05221-YGR |
| Plaintiff, | **JOINT STATUS STATEMENT** |
| v. | Hon. Yvonne Gonzalez Rogers |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Pursuant to the Court's November 3, 2014 Order (ECF No. 98),[1] Plaintiff Electronic Frontier Foundation (EFF) and Defendant Department of Justice submit this joint report on the status of the appeal and the fee petition in this case. Accordingly, the parties advise the Court as follows:

1. The government's motion to dismiss its appeal was granted by the Ninth Circuit on February 4, 2015. ECF No. 99. The government released the legal opinion of the Office of Legal Counsel, the subject of the government's appeal, to EFF the same day.

2. Following the disclosure of the opinion, on February 20, 2015, the parties engaged in preliminary discussions concerning plaintiff's petition for attorneys' fees and costs.

3. The parties are in agreement that EFF is both entitled and eligible to receive an award of attorneys' fees for the case. The parties anticipate that a dispute, if any, will focus on the quantity of work that qualifies for a fee award.

4. On April 6, 2015, EFF provided the government with a formal settlement offer. The parties intend to discuss the offer in the coming weeks.

5. The parties are hopeful that an agreement can be reached to resolve the fee petition without resort to further litigation.

6. Accordingly, and consistent with the Court's November 3 Order, the parties respectfully request the opportunity to submit a further joint status statement by May 1, 2015, further apprising the Court of the status of their negotiations and the need, if any, for a briefing schedule concerning the fee petition.

---

[1] The Court's order required the parties to file a joint report concerning the status of the appeal and plaintiff's fee petition by May 1. Order at 2. Initially, the parties requested an order that would require the submission of a joint status report no later than 30 days following the resolution of the appeal, and the Court modified the order to include the May 1 requirement. *Id*. The parties initially interpreted the inclusion of the May 1 requirement to operate in lieu of the status report requested by the parties. However, upon further review of the Court's order, it is not clear that is the case; it appears the Court's May 1 report was intended to be an additional, not a substitute, reporting requirement. Accordingly, and in an abundance of caution, the parties offer this report now to apprise the Court of the status of the appeal and plaintiff's fee petition. The parties regret the confusion and apologize for the tardiness of the report.

DATED: April 7, 2015                    Respectfully submitted,

                                        By  /s/ Mark Rumold
                                            Mark Rumold
                                            ELECTRONIC FRONTIER FOUNDATION
                                            815 Eddy St.
                                            San Francisco, CA  94109
                                            mark@eff.org

                                            Attorney for Plaintiff
                                            ELECTRONIC FRONTIER FOUNDATION

DATED: April 7, 2015
                                            BENJAMIN C. MIZER
                                            Acting Assistant Attorney General

                                            MELINDA HAAG
                                            United States Attorney

                                            ELIZABETH J. SHAPIRO
                                            Deputy Director, Federal Programs

                                        By:  /s/ Steven Y. Bressler (by permission)
                                            STEVEN Y. BRESSLER
                                            Senior Counsel
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            P.O. Box 883
                                            Washington, D.C. 20044
                                            Steven.Bressler@usdoj.gov

                                            Attorneys for Defendant
                                            U.S. DEPARTMENT OF JUSTICE

CIVIL LOCAL RULE NO. 5-1(i)(3) CERTIFICATION

I attest that I have obtained the concurrence of Steven Y. Bressler, counsel for Defendant, in the filing of this document.

/s/ Mark Rumold
MARK RUMOLD