Mark Rumold (SBN 279060)
*mark@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:11-cv-05221-YGR |
| Plaintiff, | **JOINT STATUS STATEMENT** |
| v. | Hon. Yvonne Gonzalez Rogers |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Pursuant to the Court's November 3, 2014 Order (ECF No. 98),[1] Plaintiff Electronic Frontier Foundation (EFF) and Defendant Department of Justice submit this joint report on the status of the appeal and the fee petition in this case. Accordingly, the parties advise the Court as follows:

1. The government's motion to dismiss its appeal was granted by the Ninth Circuit on February 4, 2015. ECF No. 99. The government released the legal opinion of the Office of Legal Counsel, the subject of the government's appeal, to EFF the same day.

2. Following the disclosure of the opinion, on February 20, 2015, the parties engaged in preliminary discussions concerning plaintiff's petition for attorneys' fees and costs.

3. On April 6, 2015, EFF provided the government with a formal settlement offer. The parties intend to discuss the offer in the coming weeks to explore whether they may reach a mutually agreeable resolution concerning attorney's fees for plaintiff without need for further litigation.

4. Accordingly, and consistent with the Court's November 3 Order, the parties respectfully request the opportunity to submit a further joint status statement by May 1, 2015, further apprising the Court of the status of their negotiations and the need, if any, for a briefing schedule concerning the fee petition.

DATED: April 9, 2015

Respectfully submitted,

By  /s/ Mark Rumold

Mark Rumold
ELECTRONIC FRONTIER FOUNDATION

---

[1] The Court's order required the parties to file a joint report concerning the status of the appeal and plaintiff's fee petition by May 1. Order at 2. Initially, the parties requested an order that would require the submission of a joint status report no later than 30 days following the resolution of the appeal, and the Court modified the order to include the May 1 requirement. *Id*. The parties initially interpreted the inclusion of the May 1 requirement to operate in lieu of the status report requested by the parties. However, upon further review of the Court's order, it is not clear that is the case; it appears the Court's May 1 report was intended to be an additional, not a substitute, reporting requirement. Accordingly, the parties offer this report now to apprise the Court of the status of the appeal and plaintiff's fee petition. The parties regret the confusion and apologize for the tardiness of the report.

815 Eddy St.
San Francisco, CA  94109
mark@eff.org

Attorney for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

DATED:  April 7, 2015

BENJAMIN C. MIZER
Acting Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs

By:    /s/ Steven Y. Bressler (by permission)
STEVEN Y. BRESSLER
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Steven.Bressler@usdoj.gov

Attorneys for Defendant
U.S. DEPARTMENT OF JUSTICE

CIVIL LOCAL RULE NO. 5-1(i)(3) CERTIFICATION

I attest that I have obtained the concurrence of Steven Y. Bressler, counsel for Defendant, in the filing of this document.

/s/ Mark Rumold
MARK RUMOLD