BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0167
Facsimile:  (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) ) | Case No. 4:11-cv-05221-YGR |
| Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) JUSTICE, ) ) Defendant. ) ) ) | **JOINT STATUS REPORT AND STIPULATED REQUEST TO SET DEADLINE FOR A FURTHER STATUS REPORT IN 30 DAYS** |

Plaintiff ELECTRONIC FRONTIER FOUNDATION and defendant THE UNITED STATES DEPARTMENT OF JUSTICE respectfully report on the status of the sole remaining issue in dispute in this Freedom of Information Act case, plaintiff's request for attorney's fees and costs.

Case No. 4:11-cv-05221-YGR
Status Report and Stipulated Request

1. The parties have not reached agreement concerning plaintiff's eligibility for or entitlement to attorney's fees and costs in this action pursuant to FOIA, but are engaged in productive discussions concerning that issue.

2. The parties believe further discussions may be useful and, consistent with preservation of the parties' resources and judicial economy, that they should continue such discussions to explore a mutually agreeable resolution of plaintiff's request for attorney's fees and costs prior to engaging in related motions practice or other litigation.

3. Accordingly, the parties respectfully request, by stipulation, that the Court permit the parties to continue their discussions and file a further status report with a proposed schedule for further proceedings in 30 days.

WHEREFORE, for good cause shown, the parties respectfully request that the Court grant this Stipulated Request.

Dated: May 1, 2015                          Respectfully submitted,

                                            BENJAMIN C. MIZER
                                            Principal Deputy Assistant Attorney General

                                            MELINDA HAAG
                                            United States Attorney

                                            ELIZABETH J. SHAPIRO
                                            Deputy Director, Federal Programs Branch

                                              /s/ Steven Y. Bressler
                                            STEVEN Y. BRESSLER D.C. Bar #482492
                                            Senior Counsel
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            P.O. Box 883
                                            Washington, D.C. 20044
                                            Steven.Bressler@usdoj.gov

                                            *Counsel for the U.S. Department of Justice*

          /s/ Mark Rumold (by permission)
MARK RUMOLD
   ELECTRONIC FRONTIER FOUNDATION
   815 Eddy St.
   San Francisco, CA  94110
   mark@eff.org

*Counsel for the Electronic Frontier Foundation*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

Hon. YVONNE GONZALEZ ROGERS
United States District Judge

### CERTIFICATION

I attest that I have obtained the concurrence of Mark Rumold, counsel for Defendant, in the filing of this document.

       /s/ Steven Y. Bressler
       STEVEN Y. BRESSLER

### CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2015, I caused a copy of the foregoing to be served on counsel for plaintiff via the Court's ECF system.

       /s/ Steven Y. Bressler
       STEVEN Y. BRESSLER