Mark Rumold (SBN 279060)
mark@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTEIR FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:11-cv-05221-YGR |
| Plaintiff, | **JOINT STATUS REPORT AND STIPULATED REQUEST TO SET BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | Hon. Yvonne Gonzalez Rogers<br>Oakland Courthouse |

Plaintiff ELECTRONIC FRONTIER FOUNDATION and defendant THE UNITED STATES DEPARTMENT OF JUSTICE respectfully report on the status of the sole remaining issue in dispute in this Freedom of Information Act case, plaintiff's request for attorney's fees and costs.

1. The parties have not yet reached agreement concerning plaintiff's eligibility for or entitlement to attorney's fees and costs in this action pursuant to FOIA.

2. Nevertheless, the parties continue to engage in discussions, and the parties believe further discussions may be useful. They intend to continue such discussions to explore a mutually agreeable resolution of plaintiff's request for attorney's fees and costs prior to engaging in related motions practice or other litigation.

3. Although the parties intend to continue discussions, it remains possible that they will be unable to resolve the issue without further motions practice. The parties therefore believe it is appropriate to establish a briefing schedule now in the event an agreement cannot be reached.

4. Accordingly, the parties respectfully request, by stipulation, that the Court establish the following briefing schedule deadlines and hearing date for plaintiff's motion for attorney's fees and costs:

(1) Plaintiff's Motion for Fees and Costs – **August 24**

(2) Government's Opposition – **September 14**

(3) Plaintiff's Reply – **September 21**

(4) Hearing on Plaintiff's Motion for Fees and Costs (if necessary) – **October 6**

5. The parties will promptly notify the Court if an agreement is reached and the need for further briefing becomes unnecessary.

WHEREFORE, for good cause shown, the parties respectfully request that the Court grant this Stipulated Request.

Dated: June 5, 2015                                Respectfully submitted,

/s/ Mark Rumold
MARK RUMOLD
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA  94110
mark@eff.org

*Counsel for the Electronic Frontier Foundation*

Case No. 4:11-cv-05221-YGR
Joint Status Report and Stipulated
Request for Briefing Schedule                              2

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

Dated:  June 5, 2015	/s/ Steven Y. Bressler  (with permission)
STEVEN Y. BRESSLER D.C. Bar #482492
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:     (202) 305-0167
Facsimile:      (202) 616-8470
Steven.Bressler@usdoj.gov

*Counsel for the U.S. Department of Justice*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
Hon. YVONNE GONZALEZ ROGERS
United States District Judge

**CERTIFICATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I attest that I have obtained the concurrence of Steven Y. Bressler, counsel for Defendant, in the filing of this document.

/s/ Mark Rumold
MARK RUMOLD

Case No. 4:11-cv-05221-YGR
Joint Status Report and Stipulated
Request for Briefing Schedule

3