BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

  P.O. Box 883
  Washington, D.C.  20044
  Telephone:  (202) 305-0167
  Facsimile:  (202) 616-8470
  Email: Steven.Bressler@usdoj.gov

Attorneys for the United States Department of Justice

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:11-cv-05221-YGR |
| Plaintiff, | **NOTICE OF SETTLEMENT OF PLAINTIFF'S CLAIM FOR ATTORNEY'S FEES** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

     Plaintiff the Electronic Frontier Foundation ("plaintiff") and defendant the United States Department of Justice ("defendant"), by and through their undersigned counsel, respectfully inform the Court that the parties have reached a settlement of plaintiff's claim for attorney's fees, costs, and expenses pursuant to the Freedom of Information Act without need for further litigation.

Case No. 4:11-cv-05221-YGR
Notice of Settlement of Plaintiff's Claim for Attorney's Fees

| | |
|---|---|
| Dated: August 15, 2015 | Respectfully submitted, |
| | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| | MELINDA HAAG<br>United States Attorney |
| | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch |
| |      /s/ Steven Y. Bressler<br>STEVEN Y. BRESSLER D.C. Bar #482492<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044<br>Telephone:     (202) 305-0167<br>Facsimile:      (202) 616-8470<br>Steven.Bressler@usdoj.gov |
| | *Counsel for the U.S. Department of Justice* |
| |      /s/ Mark Rumold (by permission)<br>MARK RUMOLD<br>  ELECTRONIC FRONTIER FOUNDATION<br>  815 Eddy St.<br>  San Francisco, CA  94109<br>  mark@eff.org |
| | *Counsel for the Electronic Frontier Foundation* |

## CERTIFICATION

I attest that I have obtained the concurrence of Mark Rumold, counsel for plaintiff, in the filing of this document.

     /s/ Steven Y. Bressler
     STEVEN Y. BRESSLER

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2015, I caused a copy of the foregoing to be served on counsel for plaintiff via the Court's ECF system.

/s/ Steven Y. Bressler
STEVEN Y. BRESSLER